ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Oct-27  11:18:36
04CV-23-2996
C19WD06 : 17 Pages

## IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS

| | |
|---|---|
| **ADRIAN "CHIP" GARRITTY, on behalf of himself and others similarly situated** | |
| Plaintiff, | |
| v. | |
| **BLAZE MEDIA, L.L.C.,** **GLENN BECK, INDIVIDUALLY,** **BILL O'REILLY, INDIVIDUALLY,** **BILL O'REILLY PRODUCTIONS, INC.,** **CARNIVAL CORPORATION,** **COSTA CRUISE LINES, INC.** | Case No.: _____  **CLASS ACTION** |
| Defendants. | |

## CLASS ACTION COMPLAINT

COMES NOW the Plaintiff, Adrian "Chip" Garritty, on behalf of himself and all others similarly situated ("Plaintiffs" or "Plaintiff and the Class"), and for their Class Action Complaint against Defendants hereby state and allege:

### PARTIES

1.      Plaintiff Adrian "Chip" Garritty ("Garritty" or "Plaintiff") is a citizen of Arkansas, and resident of Benton County, Arkansas.



2.      Upon information and belief, Defendant Glenn Beck ("Beck") is a citizen of Texas, and may be found at 2224 King Fisher Dr., Westlake, TX 76262. Beck has minimum contacts within the State of Arkansas as he derives significant revenue from Plaintiff, other Arkansas citizens, and other revenue from within the State of Arkansas.

3.      Blaze Media, LLC ("Blaze"), is a limited liability corporation with its principal place of business in Texas, and having a registered agent known as Legalinc Corporate Services, Inc., 10601 Clarence Dr., Suite 250, Frisco, TX 75033. Blaze has minimum contacts within the State of Arkansas as it derives significant revenue from Plaintiff, other Arkansas citizens, and other revenue from within the State of Arkansas.

4.      Upon information and belief, Defendant Bill O'Reilly ("O'Reilly") is a citizen of New York. O'Reilly has minimum contacts within the State of Arkansas as he derives significant revenue from Plaintiff, other Arkansas citizens, and other revenue from within the State of Arkansas.

5.      Bill O'Reilly Productions, Inc., ("BOP") is a citizen of New York, with a registered agent at 380 Lexington Ave., 31st Floor, New York, NY 10168. BOP has minimum contacts within the State of Arkansas as it derives significant revenue from Plaintiff, other Arkansas citizens, and other revenue from within the State of Arkansas.

6.      Defendant Carnival Corporation ("Carnival") is a citizen of Florida. Its registered agent for service of process is NRAI Services, Inc., 1200 South Pine Island Rd., Plantation, FL 33324. Upon information and belief, Carnival Corporation is the parent entity of Defendant Costa Cruise Lines, Inc. Carnival has minimum contacts within the

State of Arkansas as it derives significant revenue from Plaintiff, other Arkansas citizens, and other revenue from within the State of Arkansas.

7.      Defendant Costa Cruise Lines Inc. ("Costa") is a citizen of Florida. Its registered agent for service of process is CT Corporation, 880 SW 145th Ave., Suite 201, Pembroke Pines, FL 33027. Costa has minimum contacts within the State of Arkansas as it derives significant revenue from Plaintiff, other Arkansas citizens, and other revenue from within the State of Arkansas.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over the civil claims brought on behalf of Plaintiff and the Class, and jurisdiction over the Defendants due to their minimum contacts within Arkansas.

9.      This Court is the proper venue as Plaintiff is a resident of this County and many of the actions complained of occurred within this County.

## FACTS

10.     Beginning in 2019, Defendant Glenn Beck partnered with the now defunct CruiseBuilder[1] to promote the "Glenn Beck Cruise Through History" (hereinafter "Cruise"). The Cruise was billed as a 14-day, family friendly trip through several historic locations where passengers would receive political and religious commentary from influencers such as Glenn Beck, Bill O'Reilly, David Barton, and Rabbi Lapin (collectively, the "Cruise Promoters").

_____

[1] CruiseBuilder is a subsidiary of Project Neptune, L.L.C., which filed a Bankruptcy Petition in Utah on August 25, 2023.

11.     Plaintiff Garritty purchased three tickets for the Cruise for himself and his family, totaling $25,615.00. Plaintiff Garritty purchased these tickets after hearing the advertisements of Defendant Glenn Beck, of whom Plaintiff Garritty has been a fan for many years.

12.     The Cruise was a charter, meaning the entire ship was purchased for Plaintiff and members of the Class by the now defunct CruiseBuilder and the Cruise Promoters, which marketed the Cruise in a purposeful way to assure ticket purchasers that everybody on board the ship was a like-minded fan of Glenn Beck.

13.     Defendants Costa Cruises, Inc., and Carnival Corporation sold this charter to Defendant Glenn Beck and the now defunct CruiseBuilder.

14.     The Cruise was scheduled to depart on March 24, 2020, stopping at ports in Italy, Croatia, Israel, and Greece, before returning on April 7, 2020. Defendant Glenn Beck focused on the religious and political nature of the locations and advertised the Cruise as an "opportunity to reinforce your faith, culture and values by experiencing it in the places where it first took root, Jerusalem, Athens, or Venice."

15.     When the Cruise was to stop in Israel, passengers were given excursion options based on their individual religious beliefs.

16.     Basic cabins on the Cruise started at $4,999 per person and went as high as $9,395 per person for the so-called "Grand Suite." Additionally, passengers were given the option to purchase the "Inner Circle" package, which provided guests with opportunities to attend exclusive meet and greet events with Glenn Beck, along with

admission to exclusive Beck events onboard the Cruise. The "Inner Circle" package cost each guest an additional $4,999. **Exhibit A**.

17.     Inner Circle purchasers were also given the opportunity to attend an Inner Circle dinner with Glenn Beck, including a black-tie event where each guest would have their picture taken with Beck.

18.     Beck advertised his Cruise on his network known as Blaze or Blaze Media, and on corresponding podcasts and YouTube videos. The first video Glenn Beck made and posted on the CruiseBuilder YouTube account, warned potential ticket purchasers:

> "Right now, our foundations of our faith, our freedom, our human progress are all under attack. I want to give you the opportunity to share your values, your beliefs, and the things you hold dear with the ones you love. Yes, you could go to Disney and spend a buttload of money and stand in line the entire time with screaming kids, or you could have our first ever Cruise Through History. You're invited."

19.     Beck told potential purchasers they would "walk where Jesus walked," and would be "guided every step of the way by himself and others."[2]

20.     CruiseBuilder created the "Cruise Through History Podcast" which featured Glenn Beck. Episodes of the podcast focused on topics such as "faith and freedom," along with episodes devoted to the religious and political history of each port at which the ship would stop and allow passengers to listen to Glenn Beck's history lessons on that particular area.

21.     CruiseBuilder also created "Vacation Radio" which was a station devoted to advertising the various travel offerings, including the Cruise. In one episode,

---

[2] As of October 13, 2023, Glenn Beck's first promotional video can still be found at: https://www.youtube.com/watch?v=sGr0lg6vbCo.

CruiseBuilder executive Brian Mickelson stated that CruiseBuilder "rented out the entire ship for Glenn Beck." Mickelson said "it's not the cruise ship's cruise anymore, it's Glenn Beck's cruise now. Glenn is setting all the themes, and all the ideas, and everything that's going to happen on the ship are all generated by Glenn and our group, so it's very specific and tailored to what our guests want to experience on the trip."[3]

22. Mr. Mickelson is a former charter airline executive, and on or around 2015, the Department of Transportation ordered Mr. Mickelson to stay out of the charter airline business due to his failure to refund passengers when he cancelled their flights. **Exhibit B**.

23. Glenn Beck was the primary advertiser for the Cruise, was the decision-maker when it came to passengers' experience on the cruise and the deciding factor in Plaintiff and Class Members' decisions to purchase tickets on the Cruise. Beck advertised the Cruise on his network, also known as "The Blaze," and through that platform enticed Plaintiff and Class members to purchase tickets on his Cruise. Beck also used his channel to advertise his "Inner Circle" package for an additional $4,999.

24. In early February of 2020, COVID-19 began making its way through Europe and the Middle East, causing travel to be restricted. Wes Cobos, President of CruiseBuilder, informed passengers that CruiseBuilder had a "team in Italy doing a full evaluation of the situation, including gathering first-hand reports on where the safe zones

---

[3] Vacation Radio, "Cruising Italy, Croatia, Greece, Israel…with Glenn Beck!" August 7, 2020.

are, what safety precautions are being implemented and how those precautions are actually being carried out." **Exhibit C**.

25.     On February 23, 2020, CruiseBuilder notified all ticket purchasers that the trip was postponed and would have to be rescheduled due to the pandemic. **Exhibit D**.

26.     At this point, Defendants wrongfully altered the terms and conditions of the Cruise issued to Plaintiff and the Class to ensure no refunds would be issued. The original terms and conditions stated: "If a vacation is canceled prior to departure, CruiseBuilder's only responsibility will be to refund the amount received for the reservation." **Exhibit E**.

27.     The new altered version of the terms and conditions unilaterally and wrongfully favored Defendants, stating: "If a vacation is cancelled by CruiseBuilder prior to departure, CruiseBuilder's only responsibility will be to refund any unused funds from the reservation payments and any amounts refunded back from other travel vendors." **Exhibit F**.

28.     Defendants were careful to use the word "postponed" instead of "cancelled" during this period. Defendants were aware that all travel insurance policies sold through Travel Guard, a subsidiary of AIG, would only pay out if the Cruise was officially cancelled and not merely postponed.

29.     Class members soon began requesting refunds from Defendants. Emboldened by the new protections Defendants wrongfully afforded themselves in their altered terms and conditions, Defendants stated: "At the time the trip was originally set to go we had already paid all the vendors including the cruise line, hotels, transfers, bus

companies, tour companies, etc. We did not get refunded from most of those vendors. They did move it to different dates. When the last one was unable to go, they offered credits and not a refund. We are only able to provide the refund options that were sent out previously." **Exhibit G**.

30.     The refund options offered by CruiseBuilder were credits toward a different cruise; one that would not include flights, hotels, Glenn Beck, or even the same ports as the original Glenn Beck Cruise Through History.

31.     CruiseBuilder's contention that vendors did not issue it refunds was a misrepresentation. Several vendors, including Lufthansa Airlines, did issue refunds to CruiseBuilder. **Exhibit H**.

32.     CruiseBuilder also received $435,500 in Paycheck Protection Program loans, which were ultimately forgiven. **Exhibit I**.

33.     By February 23, 2023, exactly two years after the initial postponement, CruiseBuilder then cancelled the replacement trips offered in place of a refund, stating: "CruiseBuilder has faced significant financial pressure due to inflation and related costs for travel services. These inflationary market conditions, which are in addition to lingering impacts of COVID-related restrictions, have made it impossible for CruiseBuilder to go forward with your scheduled cruise. Unfortunately, given these circumstances, CruiseBuilder has no choice but to cancel your trip." **Exhibit J**.

34.     This cancellation, two years after the initial postponement, ensured that no purchasers of Travel Guard insurance would receive the benefit of the insurance they purchased. This cancellation was also the end of any hope ticket purchasers had of

obtaining a replacement cruise, or any value for the extraordinary amounts they paid to Defendants.

35.     Beck issued a statement to Buzzfeed News, saying: "My position is that anyone who wants a refund in these uncertain times should receive one, and I've strongly encouraged the cruise line, airlines, and the hotels to accommodate. I look forward to going on the Cruise Through History when the circumstances surrounding this global pandemic allow us to do so." **Exhibit K**.

36.     Despite the public statement, Glenn Beck absolved himself of any responsibility to his fans, who bought tickets for his Cruise based on his advertisements. Glenn Beck sold every single one of his Inner Circle tickets for $4,999 a piece. **Exhibit L**. The Inner Circle tickets alone provided Beck with $679,864 which he never returned.

37.     On August 25, 2023, Project Neptune LLC filed a Voluntary Petition for Chapter 11 bankruptcy.

38.     To date, Glenn Beck and the other Defendants have retained all funds paid to them for the Cruise.

## CLASS ALLEGATIONS

39.     Plaintiff and the Class incorporate the above paragraphs herein.

40.     Plaintiff brings this action pursuant to Arkansas Rule of Civil Procedure ("ARCP") 23, on behalf of himself and the following "Class:"

All persons who purchased tickets for the Glenn Beck Cruise Through History scheduled for March 24, 2020 to April 7, 2020. Including those who purchased "Insider Package" tickets, "VIP Package" tickets, and "Inner Circle Package" tickets.

Excluded from the Class are the following:

  a)  Any class member that received a full refund for their reservation

  b)  Any of the named Defendants, their directors, officers, employees, and/or agents

  c)  The judge presiding over this action and his/her immediate family members; and,

  d)  Any person that timely and properly excludes himself/herself/itself pursuant to the orders of the court.

## A.    Typicality

41.    Plaintiff's claims are typical of the claims of the Class because Plaintiff purchased tickets and packages for the Cruise, and the claims all arise from the same wrongdoing committed by Defendants.

## B.    Commonality

42.    There are questions of law and/or fact common to the Plaintiff and the Class, which predominate over questions that may affect individual Class members. The common and predominate question is whether Defendants were unjustly enriched by promoting and selling the tickets for the Cruise, accepting Class members money for the Cruise, then cancelling the Cruise and keeping their ill-gotten proceeds.

C.     **Numerosity**

43.     The Arkansas Supreme Court has certified a class with as few as 77 people, and separately noted a class with as few as 40 members may be proper due to the inherent difficulty in joining this number of individual actions.

44.     Tickets and packages were sold to individuals in all states where Defendants advertised the Cruise. Upon information and belief, approximately 2,000 tickets were sold for the Cruise.

45.     Thus, the members of the Class are so numerous that joinder of all members is impracticable.

D.     **Superiority**

46.     A class action is superior to other methods for the fair and efficient adjudication of this controversy because the prosecution of separate actions by individual members of the Class creates a risk of inconsistent and varying results. Further, this would also establish incompatible standards of conduct for Defendants.

47.     Additionally, questions of law and fact common to the members of the Class predominate over questions affecting only individual members. Adjudication as a class in this case eliminates the possibility of duplicative litigation.

E.     **Adequacy**

48.     Plaintiff will fairly and adequately represent the interests of the Class because Plaintiff's interests do not conflict with the interests of the other Class members he seeks to represent. Plaintiff has also retained competent counsel who is experienced in

class action litigation. Plaintiff's counsel will fairly and adequately protect the interests of the class.

## COUNT I

## FRAUD

49. Plaintiff and the Class incorporate the above paragraphs herein.

50. Defendants misrepresented to Plaintiff and the Class that they wanted refunds to be issued in compliance with the original terms and conditions created and issued by CruiseBuilder. Beck further stated that refunds should be given to any ticket purchaser who wanted one.

51. Defendants publicly represented to Plaintiff and the Class that they were advocates for Plaintiff and the Class and were working to ensure that refunds would be issued.

52. These were material misrepresentations of fact.

53. Defendants had knowledge that their representations were false or that there was insufficient evidence upon which to make the representations.

54. While Defendants made these public material misrepresentations, they privately sought to insulate themselves from the financial loss that would come from issuing refunds.

55. Plaintiff and the Class justifiably relied on Defendants misrepresentations and were discouraged from taking further action due to Glenn Beck's statements that he was working to make sure his fans received refunds.

56.     Vendors paid by CruiseBuilder and Beck did refund monies to Defendants. However, these monies were not refunded to Plaintiff and the Class.

57.     Upon information and belief, Glenn Beck retained funds paid by Inner Circle purchasers, despite his public charade calling for refunds to passengers who requested them.

## COUNT II

## IN THE ALTERNATIVE

## CONSTRUCTIVE FRAUD

58.     Plaintiff and the Class incorporate the above paragraphs herein.

59.     Defendants materially misrepresented to Plaintiff and the Class that, among other things, Defendants intended for refunds to be issued.

60.     Defendants asserted these representations to be true without knowledge of their falsity and without moral guilt or evil intent.

61.     Because of Defendants' material misrepresentations, Plaintiff and the Class believed that a refund would be issued.

62.     Plaintiff and the Class are entitled to recover damages caused by acts committed, or the forbearance of action, pursuant to the material misrepresentations made by Defendants.

## COUNT III

## NEGLIGENCE

63.    Plaintiff and the Class incorporate the above paragraphs herein.

64.    Defendants had a duty to inform Plaintiff and the Class of the situation regarding the status of the Cruise and any subsequent refunds.

65.    Defendants failed to relay accurate information to Plaintiff and the Class that they would not receive refunds and should pursue all other available means of resolution.

66.    As a proximate cause of these fraudulent representations, Plaintiff and the Class continued to attempt to schedule replacement cruises that were also cancelled.

67.    Further, Defendant Glenn Beck failed to issue refunds to his fans who spent an additional $4,999 for his Inner Circle package, despite his public statement that refunds should be issued.

68.    Plaintiff and the Class have sustained damages as a proximate cause of the acts of Defendants and should be awarded damages over and against Defendants, including attorney's fees and costs.

## COUNT IV

## UNJUST ENRICHMENT

69.    Plaintiff and the Class incorporate the above paragraphs herein.

70.    Defendants were paid by Plaintiff and the Class upon the promise that the Glenn Beck Cruise Through History would occur as advertised.

71.     The Cruise did not occur as advertised, and further, cruises offered as a replacement were subsequently cancelled as well.

72.     Defendants have received payments from Plaintiff and the Class to which they are not entitled.

73.     It would be unjust for Defendants to retain monies paid by Plaintiff and the Class.

74.     Plaintiff and the Class respectfully ask this Court to order Defendants to disgorge all payments received from Plaintiff and the Class.

## COUNT V

## CONSTRUCTIVE TRUST

75.     Plaintiff and the Class incorporate the above paragraphs herein.

76.     A constructive trust may be imposed when a person holds the property of another and would be unjustly enriched if allowed to retain that property.

77.     "The duty to convey the property may arise because it was acquired through fraud, duress, undue influence or mistake, breach of fiduciary duty, or wrongful disposition of another's property." *Cox v. Miller*, 363 Ark. 54, 210 S.W.3d 842, 849 (2005). Regardless of whether any specific fact is unintentionally misrepresented, Defendants are subject to an equitable duty to return Plaintiff's money and are unjustly enriched if permitted to retain that money.

78.     Defendants are wrongfully in possession of monies paid by Plaintiff and the Class. Defendants have an equitable duty to return this money to Plaintiff and the Class.

79.     Defendants would be unjustly enriched if they were permitted to continue to possess monies paid by Plaintiff and the Class.

80.     Equity demands a constructive trust containing all monies paid to Defendants by Plaintiff and the Class.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff and the Class pray that the Court enters judgment in their favor on all the claims asserted herein, to Order all the requested relief pled above, and to provide Plaintiff and the Class all other just and appropriate relief including attorney's fees and costs.

Dated: October 27, 2023                    Respectfully submitted,

**POYNTER LAW GROUP, PLLC**

_____
Scott Poynter, AR Bar. 09077
scott@poynterlawgroup.com
Daniel Holland, AR Bar. 2019237
daniel@poynterlawgroup.com

16

Clay Ellis, AR Bar. 2023183
clay@poynterlawgroup.com
407 President Clinton Ave., Suite 201
Little Rock, AR 72201
(501) 812-3943

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Oct-27  11:18:36
04CV-23-2996
C19WD06 : 2 Pages

# EXHIBIT A



# INNER CIRCLE

### YOUR INNER CIRCLE ACCESS COMES WITH THE FOLLOWING SPECIAL TOURS AND EXTRA BENEFITS:

- $400 onboard credit per cabin (based on double occupancy)
- 1 free 3 GB wifi package
- Piu Gusto drink package
- $250 casino credit (based on double occupancy)
- Magic Bag laundry and ironing services (25 articles of clothing)
- Preferred seating at all events
- Exclusive Inner Circle dinner with Glenn Beck (2 nights)
- 1 day spa access pass
- Ship Galley Tour
- Priority embarkation and disembarkation

### INNER CIRCLE EXCURSIONS:

- Venice: "Romantic Venice by Gondola"
- Dubrovnik: "Dubrovnik Cable Car Tour"
- Athens: "Mars Hill with Glenn Beck"

### SPECIAL EVENTS FOR INNER CIRCLE GUESTS:

- March 26 – Inner Circle dinner with Glenn Beck
- March 29 – Beck & O'Reilly Show
- April 1 – Inner Circle dinner with Glenn Beck

*As an Inner Circle member you are invited to join Glenn Beck for an exclusive black tie dinner on March 26 and April 1. There you will receive a photo of you (with your guests) and Glenn. Glenn will also spend the evening taking many of your questions and sharing personal insights while you enjoy dinner in the exclusive and intimate setting of the Club Luminosa.*

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Oct-27  11:18:36
04CV-23-2996
C19WD06 : 9 Pages

# EXHIBIT B

Order 2014-8-9



**UNITED STATES OF AMERICA**
**DEPARTMENT OF TRANSPORTATION**
**OFFICE OF THE SECRETARY**
**WASHINGTON, D.C.**

**Issued by the Department of Transportation**
**on the 14th day of August, 2014**

| | |
|---|---|
| **Voyager Travel LLC, formerly d/b/a LDS Travel and Meridian Trips LLC, and Brian Mickelsen** | **Docket OST 2014-0001** |
| **Violations of 49 U.S.C. § 41712 and 14 CFR 399.84, 399.88 and 399.89** | **Served August 14, 2014** |

## CONSENT ORDER

This consent order concerns advertisements by Voyager Travel LLC, formerly d/b/a LDS Travel and Meridian Trips LLC, (collectively Voyager Travel) and Brian Mickelsen, the owner and former member of the LLC, in his personal capacity, that violated the Department's advertising requirements specified in 14 CFR Part 399, and constituted unfair and deceptive trade practices in violation of 49 U.S.C. § 41712. An investigation by the Department's Office of Aviation Enforcement and Proceedings ("Enforcement Office") revealed that prior to January 26, 2012, Voyager Travel advertised air tour packages in a manner that did not meet Department requirements under Part 399 because the advertisements failed to include all fuel surcharges in the prices advertised, failed to state that the prices were subject to post purchase price increases, and failed to provide appropriate notice of the existence, nature, and amount of other charges and additional taxes and government-imposed fees that were then permitted to be stated separately from the base fare. Voyager Travel's advertisements published on and after January 26, 2012, continued to state that the prices were subject to increases even after final payment. Those advertisements violated 14 CFR 399.84(a), 399.88, and 399.89.

This order directs Voyager Travel and Brian Mickelsen, in his personal capacity, to cease and desist from future violations of 49 U.S.C. § 41712 and Part 399 and assesses the company and Mr. Mickelsen, jointly and severally, a compromise civil penalty of $20,000. Mr. Mickelsen is also ordered to cease and desist for a period of ten years from the date of the issuance of this order from engaging in air transportation operations.

## Applicable Law

Ticket agents selling air tour packages, including air and hotel packages, such as Voyager Travel, are subject to the advertising requirements of Part 399 of the Department's rules. Under 14 CFR 399.84, any advertising that states a price for air transportation or an air tour is considered to be an unfair or deceptive practice in violation of 49 U.S.C. § 41712 unless the price stated is the entire price to be paid by the customer to the air carrier or ticket agent for such air transportation, tour, or tour component. Prior to January 26, 2012, as a matter of enforcement policy, the Department permitted air carriers and agents to state separately from the advertised price taxes and fees imposed by a government on a per-passenger basis, such as passenger facility charges, so long as their amounts appeared or were indicated clearly in the advertisement so that the consumer could determine the full price to be paid.[1] On the other hand, carrier- or agent-imposed surcharges, e.g., fuel, insurance, and service charges, or other such costs, always had to be included in the advertised price.[2] Moreover, when an air tour seller or carrier advertised a specific price for a flight, air tour or component, it had to have had on hand a reasonable inventory at the advertised price for a reasonable time period.[3]

On April 25, 2011, the Department issued a set of rules designed to enhance protections for air travel consumers that, among other things, required airlines and ticket agents to comply with the Department's full-fare advertising rule as written. The revised full-fare rule mandates that the price advertised for passenger air transportation include all taxes and government-imposed fees and all mandatory airline- and ticket agent-imposed surcharges and fees in every advertised fare or price.[4] This provision was codified in 14 CFR 399.84(a), which took effect on January 26, 2012.

---

[1]     *See, e.g., Costa Cruise Lines, N.V.,* Order 2009-9-3 (September 3, 2009). Under the enforcement policy in effect prior to January 26, 2012, with respect to airfares and air tours advertised on the Internet, taxes and government fees that were permitted to be excluded from the advertised price had to be noted in a prominent link, placed adjacent to the stated price the first time the price was shown that took the viewer to the bottom of the screen, or to a place on a separate screen, where a description and the amount of such taxes and fees were displayed.

[2]     *See, e.g., GTS Globotours,* Order 2014-2-14 (February 20, 2014); *Bloomspot, Inc.,* Order 2013-7-27 (July 31, 2013); *British Airways,* Order 2012-10-1 (October 1, 2012); *Tour Beyond, Inc., d/b/a China Spree,* Order 2011-106 (February 9, 2011); and orders cited therein.

[3]     *AirTran Airlines,* Order 2010-5-29 (May 28, 2010).

[4]     Charges included within the single total price listed, e.g., government taxes, may be stated separately or through links or "pop ups." On web sites that display the total price, such charges may not be false or misleading may not be displayed as prominently as the full fare, may not be presented in the same or larger size as the total price, and must provide cost information on a per passenger basis that accurately reflects the cost of the item covered by the charge.

As under the prior rule, significant restrictions, such as double occupancy and conditions on availability must be properly disclosed with the pertinent advertised fares.[5]

In addition, under section 399.88, the seller may not add or increase taxes and government fees after the consumer has paid in full unless the seller has given notice and obtained the consumer's written consent before full payment. This narrow exception only applies to a post purchase price increase in a government-imposed fee or tax. Once full payment has been made, other types of price increases are prohibited. Under section 399.89, price increases, for example, for a fuel surcharge, are not permitted unless the seller has provided notification and obtained the consumer's written consent before *any* payment has been made. Violations of sections 399.84(a), 399.88 and 399.89 (and the previous full-fare rule, section 399.84) constitute an unfair and deceptive practice and unfair method of competition in violation of section 41712. The Enforcement Office investigation of Voyager Travel found violations under the rules in effect before and after January 26, 2012.

## Background and Relevant Facts

Voyager Travel, which ceased operations in 2013, was a ticket agent based in Utah, specializing in offering travel packages that included, among other things, airfares and hotel accommodations.[6] During the time period at issue in this order, Mr. Mickelsen exercised primary control and direction over all of the activities of Voyager Travel. Voyager Travel promoted its air travel packages through e-mail solicitations, subscriptions, and advertisements that were published on its web sites, including www.lds.travel and www.voyager.travel, and others, until the company changed ownership, and ultimately went out of business. For a significant period of time beginning in January 2011, Voyager Travel published daily advertisements for the "Restoring Courage 2012 Tour" to Israel on its own and other web sites, and in radio and television advertising, promoting air tour packages, combining air fares, hotel, land tours, and related amenities.[7] However, the prices advertised by Voyager Travel for its air

---

[5]     *See also GTS Globotours, supra; Bloomspot, supra*; *British Airways, supra; Lion World Travel d/b/a South African Airways Vacation,* Order 2010-9-5 (Sept. 3, 2010); and *Unique Vacations, Inc.,* Order 2010-11-7 (Nov. 8, 2010).

[6]     Other air tour packages included cruises, guided tours, specially chosen leaders and scheduled events, and related amenities, and traveled particularly to Israel, Jordan, the Mediterranean, the British Isles, and other countries in Europe, and areas of the United States.

[7]     The Restoring Courage tour was scheduled to depart on August 11, 2011. As late as July 21, 2011, Voyager Travel mailed a demand that the Israel tour passengers pay an additional fuel surcharge, and included a copy of "Terms and Conditions, Restoring Courage Tour 2011" which stated: "Voyager Travel reserves the right to bill you for any increase in trip cost due to fees imposed beyond our control, including, but not limited to, airline fuel surcharges and increased security in Israel." This practice was not permitted under Department enforcement policy even before the January 24, 2012, effective date of the regulations prohibiting post-purchase price

package tours did not indicate that numerous significant restrictions applied. The advertised prices were "cash only" prices, based on double occupancy. Mandatory service, booking and insurance fees were not originally included. Voyager Travel also improperly imposed additional charges after full payment was made without prior disclosure or obtaining written permission. The Voyager Travel web site disclosed some information warning a consumer that a subsequent fuel or security surcharge might be imposed, but only if the consumer scrolled past the tour advertisements' main pages to a group of subtitled hyperlinks listed in the fine print area, and clicked the link, "Terms and Conditions." When selected, that hyperlink carried the consumer to another page where Voyager Travel disclosed for the first time that under the applicable Terms and Conditions, fuel surcharges might be added to the trip cost and were subject to increase even after final payment. During 2012 and early 2013, the air tour advertisements on Voyager Travel web sites still included similar violative provisions. For example, the web sites stated: "We include known Fuel Surcharges in our pricing. However, Fuel Surcharges are unpredictable and subject to increases even after final payment." Such practices constitute violations of 14 CFR 399.88 and 399.89.

The air tour package advertisements on Voyager Travel's own and third-party web sites failed to comply with the Department's full-fare advertising rule, 14 CFR 399.84, prior to the January 26, 2012, revision. Subsequently, the advertisements failed to comply with 14 CFR 399.84(a), 399.88, and 399.89. In addition to violating Part 399, such practices constitute an unfair and deceptive practice in violation of 49 U.S.C. § 41712.

## Statement in Mitigation

In mitigation and explanation, Voyager Travel and Mr. Mickelsen state that they did not intend to violate the Department's full-fare advertising rules. They further state that the ticket agent held itself to high standards and tried to tailor its business practices to be in compliance with all applicable regulations. Moreover, its policies and practices were designed, the company and Mr. Mickelsen add, to comport with existing rules and regulations to the extent that they were able to inform themselves of them. When a fuel surcharge that the company had not anticipated was imposed by an air carrier with which it was dealing, the ticket agent asserts that it had no choice but to pass it on to the traveler. Voyager Travel and Mr. Mickelsen explain that the company adopted the same approach by adding mandatory insurance premiums after an experience in which hundreds of members of a tour group were held over in airports for several days. The restriction of the air tour prices to cash only, arose, according to the company, in response to competition with other local ticket agents that were demanding a substantial credit card convenience fee to cover their costs. Voyager Travel and Mr. Mickelsen explain that they elected to add the fee even though it had not been disclosed up front, because it was subsequently needed to cover extra costs that were imposed on the firm. Voyager Travel

increases; see *Grand Circle Travel Corp.,* Order 2006-7-23 (July 20, 2006); *Trafalgar Tours West,* Order 2007-8-24 (August 24, 2007)*.* In its responses, Voyager Travel reported that 732 people traveled on the tour, of which 697 participants paid the violative fuel surcharge.

and Mr. Mickelsen further state that they undertook the process of altering the web site to reflect the changes that the Department indicated were necessary.  Mr. Mickelsen likewise assures the Enforcement Office that should he engage in air transportation in the future, he will ensure that any restrictions or additional costs will be advertised and disclosed to the passenger in full accordance with the Department's then-effective regulations.

### Findings and Decision

The Enforcement Office has carefully considered all of the information available to it, including that provided by Voyager Travel, but continues to believe that enforcement action is warranted.  In order to avoid litigation, the Enforcement Office and Voyager Travel and Brian Mickelsen, in his personal capacity, have reached a settlement in this matter.  While neither admitting nor denying the above allegations, Voyager Travel and Mr. Mickelsen accept the findings and conclusions stated herein and agree to cease and desist from further violations of 14 C.F.R. 399.84(a), 399.88, and 399.89, and 49 U.S.C. § 41712.  Mr. Mickelsen also agrees to cease and desist from engaging in air transportation operations as an owner, director, or member of a LLC, ticket agent, air carrier or foreign air carrier, or agent of either, for ten years in order to avoid potential litigation.

Under this order, Voyager Travel LLC and Brian Mickelsen, in his personal capacity, are assessed $20,000 in compromise of potential penalties otherwise assessable under the provisions of 49 U.S.C. § 46301.  Failure to obey the cease and desist or payment provisions may subject Voyager Travel LLC and Brian Mickelsen, in his personal capacity, to additional enforcement action for the failure to comply with this order.  The Enforcement Office believes that the assessment of a civil penalty of $20,000 is appropriate in light of the nature and extent of the violations in question and will provide an effective deterrent to unlawful conduct in the future by Voyager Travel LLC, Mr. Mickelsen, and other sellers of air transportation.

This order is issued under the authority contained in 49 CFR Part I.

### ACCORDINGLY,

1. Based on the above discussion, we approve this settlement and the provisions of this order as being in the public interest;

2. We find that prior to January 26, 2012, Voyager Travel LLC, d/b/a LDS Travel and Meridian Trips LLC, and Brian Mickelsen, in his personal capacity, violated 14 CFR 399.84, as described above, by causing to be published advertisements that failed to state the entire price to be paid by the

passenger to the company for certain air tours and by requiring payment of additional fees and charges after the passenger had paid the advertised price;

3. We find that after January 26, 2012, Voyager Travel LLC, formerly d/b/a LDS Travel and Meridian Trips LLC, and Brian Mickelsen, in his personal capacity, violated 14 CFR 399.84(a), 399.88 and 399.89, as described above, by causing to be published advertisements that failed to state the entire price to be paid by the passenger to the company for certain air transportation, and by requiring payment of additional fees and charges after the passenger had paid the advertised price;

4. We find that by engaging in the conduct described in paragraphs 2 and 3, above, Voyager Travel LLC, formerly d/b/a LDS Travel, and Meridian Trips LLC, and Brian Mickelsen, in his personal capacity, engaged in an unfair and deceptive practice in violation of 49 U.S.C. § 41712;

5. We find that Voyager Travel LLC, formerly d/b/a LDS Travel and Meridian Trips LLC, were at all times relevant herein under the leadership, direction and control of Brian Mickelsen with respect to the conduct described in ordering paragraphs 2 and 3, and that he is personally responsible for the violations found in those paragraphs;

6. We order Voyager Travel LLC, formerly d/b/a LDS Travel and Meridian Trips LLC, and Brian Mickelsen, in his personal capacity, and all other entities owned and controlled by, or under common ownership and control with Voyager Travel LLC, d/b/a LDS Travel and Meridian Trips LLC, and Brian Mickelsen, and their successors and assignees, to cease and desist from future violations of 14 CFR 399.84(a), 399.88, and 399.89 and 49 U.S.C. § 41712;

7. We order Brian Mickelsen, in his personal capacity, to cease and desist for a period of 10 years from the date of the issuance of this order from engaging in air transportation as an owner, director, member of an LLC, or a manager, a ticket agent, or air carrier or foreign air carrier;

8. Voyager Travel LLC, formerly d/b/a LDS Travel and Meridian Trips LLC, and Brian Mickelsen, in his personal capacity, are assessed jointly and severally $20,000 in compromise of civil penalties that might otherwise be assessed for the violations found in ordering paragraphs 2 through 4 of this order.  Of this total penalty amount, $2,750 shall be due and payable within 60 days of the date of issuance of this order.  Five additional payments of $1,450 each shall be due as follows:  February 1, 2015, June 1, 2015, October 1, 2015, January 1, 2016, and April 1, 2016.  The remaining $10,000 shall become due and payable immediately if Voyager Travel LLC, formerly d/b/a LDS Travel and Meridian Trips LLC, or Brian Mickelsen, in his personal

capacity, violates this order's cease and desist provision within twenty-one months following the date of issuance of this order, or fails to comply with the order's payment provisions;

9.  Failure to pay the compromise assessment as ordered shall subject Voyager Travel LLC, formerly d/b/a LDS Travel and Meridian Trips LLC, and Brian Mickelsen, in his personal capacity, to the assessment of interest, penalty, and collection charges under the Debt Collection Act, and to possible further enforcement action for failure to comply with this order; and

10. We order Voyager Travel LLC, formerly d/b/a LDS Travel and Meridian Trips LLC, and Brian Mickelsen, in his personal capacity, to pay the penalty through Pay.gov to the account of the U.S. Treasury.  Payments shall be made in accordance with the instructions contained in the Attachment to this order.

This order will become a final order of the Department 10 days after its service unless a timely petition for review is filed or the Department takes review on its own motion.

BY:

BLANE A. WORKIE
Acting Assistant General Counsel for
    Aviation Enforcement and Proceedings

An electronic version of this document is available
at http://www.regulations.gov

8

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Oct-27  11:18:36
04CV-23-2996
C19WD06 : 5 Pages

# EXHIBIT C



## Update Regarding our Upcoming Cruise and Corona concerns
1 message

**Glenn Beck** <noreply@cruisebuilder.com>                     Mon, Feb 24, 2020 at 8:34 AM



With Glenn Beck  ★  March 23–24 to April 6–7, 2020  ★  ⚓ CruiseBuilder

### From the Office of Glenn Beck

Hello friends,

If you are receiving this note from me, then you are one of the folks joining me and my family on our Mediterranean Cruise Through History.

With some of the news yesterday about the presence of the virus amongst some people in Italy, I decided I wanted you to have access to all of the same information I am receiving, so that you and your family can be as at peace about our upcoming trip as me and my family are.

My team and I are in continuous contact with the executive team at CruiseBuilder (our travel partner) as well as the leadership at Costa (our cruise ship). The length they are all going to, to ensure a safe, fun-filled trip for all of us, is nothing short of amazing.

In the spirit of full transparency, I've attached below, the most recent update from my friends at CruiseBuilder. I want you to be fully enlightened as to all of the safety precautions and contingency plans that are happening behind the scenes, so you can remain as excited as we are here in the Beck household about our upcoming adventure.

I have the utmost confidence in these folks and after you take a look at the most recent update below, I think you will too.

As new information comes to light, all of us here will continue to make any necessary adjustments to ensure a safe and exciting trip for all of us.

I'll see you on board!

Glenn

---------------

**From:** XXXXXXX@XXXXXXX.com

**Sent:** Sunday, February 23, 2020 6:59 PM

**To:** XXXXXXX@XXXX.com

**Subject:** Corona Italy Update 03/23/20 6:59 pm MST

Glenn and team,

With regards to the announcement of there being some Italians infected with the

Coronavirus in some villages of Italy, we want to update you with our current status report.

To begin with, we have a team from our Utah office, currently in Italy doing a full evaluation of the situation, including gathering first-hand reports on where the safe zones are, what safety precautions are being implemented and how those safety precautions are actually being carried out. They will remain on the ground in Italy for a few more days to continue to monitor the situation in person.

Additionally, I'm in Miami with the Costa executives making final preparations for our cruise. We are personally making certain significant precautions are being taken to protect our passengers in every way possible. The leadership at Costa has been extraordinarily cooperative and proactive in every way possible. They are meeting and exceeding our requests for safety measures and redundancies.

As you know, we have a zero risk policy. The safety and well-being of our guests is our top priority. We are working with our Costa counterparts to fully map out our contingency plans. We are simply not willing to risk the health of any passenger.

Some of the local leaders in Italy are suggesting the situation is under control and will be a non-issue by the time we approach our departure date, which is still about a month away. That may prove to be true. But we have a full scale contingency plan now being formed and put into place so there is no interruption to this extraordinary trip.

We will of course, continue to keep you fully updated. We remain fully committed to the safety of all who are traveling with us, which includes our own families.

Looking forward to being with you onboard and enjoying some exciting adventures!

Sincerely,


Wes Cobos

President

CruiseBuilder

---

*Email us at* *support@cruisebuilder.com* *if you have any questions.*


Monday-Friday, 9am-7pm, Saturday, 10am-2pm (MT)


VacationBuilder/CruiseBuilder, 4700 W. Daybreak Parkway, Ste. 150, South Jordan, UT, 801-901-3161

Manage preferences

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Oct-27  11:18:36
04CV-23-2996
C19WD06 : 2 Pages

# EXHIBIT D

**Glenn Shares Plan to Reschedule Cruise**

# Glenn Beck Cruise Being Rescheduled

As you can imagine, we have spent the past couple of weeks working around the clock to keep you updated on the ever-changing situation with the coronavirus as we monitor its effect on the travel industry. **You have been incredibly patient and for that we are grateful.**

In light of the ongoing uncertainties, many of you reached out requesting the cruise be pushed back to a more stable time for travel. We heard you and share your concerns. **We are currently working closely with Costa Cruise Lines to reschedule the trip for some time in the coming months.** Once the new date is confirmed, we will send you an updated itinerary. We hope to have the new charter date to you within the next two weeks, if not sooner.

As you have heard us say numerous times, we are fully committed to the safety of all who are traveling, including our own friends and families. We remain super excited about this amazing cruise and all of the exciting adventures that await us all!

*Here is a video message Glenn asked us to send you:*

Glenn Beck video update

## Thanks for your patience while waiting for details

As soon as rescheduling information comes from the cruise line, we will email you. We hope to have details to you in less than two weeks.

In the meantime, know that we continue to work on your behalf and this wonderful "Cruise Thru History With Glenn Beck" is still happening in the coming months! It will be worth the wait!

*If you purchased your _own_ flights for this cruise, please work directly with your airline.*

Glenn Beck Jerusalem

*Email us at support@cruisebuilder.com if you have any questions.*

Monday-Friday, 9am-7pm, Saturday, 10am-2pm (MT)

VacationBuilder/CruiseBuilder, 4700 W. Daybreak Parkway, Ste. 150, South Jordan, UT, 801-901-3161

Manage preferences

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Oct-27  11:18:36
04CV-23-2996
C19WD06 : 5 Pages

# EXHIBIT E



# Contract Terms & Conditions

Updated 09/30/19

1. The purchase/payment of any travel services offered by Project Neptune, LLC., authorized to do business as CruiseBuilder, (herein after "CruiseBuilder"), constitutes a contractual arrangement between the Passenger ("you") and CruiseBuilder, and represents your acceptance of the CruiseBuilder Terms & Conditions. You must be at least 18 years of age to make a booking. As the lead passenger, you accept, and confirm you have authority and consent to accept, these CruiseBuilder Terms & Conditions for yourself and all members of your traveling party.

2. Terms & Conditions are accurate at time of booking and are subject to change.

3. Payment of the deposit indicates you have read and accepted these Terms & Conditions. Your booking is not confirmed until the deposit is processed by CruiseBuilder.

4. After the initial deposit, an additional payment may be required 30 - 45 days from the date of booking. In addition, some cruise and air packages will require a payment schedule as indicated during the booking process and outlined in your confirmation email. Failure to make scheduled payments can result in additional fees and/or cancelation.

5. Final payment for your vacation is due 100 days prior to departure date unless stated otherwise in your booking confirmation email. Within the final payment date, payment in full is required at time of booking to reserve space. Reservations (land, cruise, and air) are canceled if final payment is not received by the due date.

6. You are responsible for verifying that everything on your reservation documents is accurate and complete, including dates of travel, and options selected. CruiseBuilder cannot accept responsibility if we are not notified of inaccuracies within 5 days of sending out the invoice. Passport Information Verification must be completed via DocuSign. After Passport Information Verification completion, name changes are subject to fees and penalties. Passport information Verification must be completed within 7 days of booking or your reservation may be subject to additional fees and/or cancelation. In the case of billing errors, CruiseBuilder reserves the right to re-invoice you with correct pricing.

7. CruiseBuilder accepts checks, money orders, Visa, MasterCard, Discover/Novus, and American Express. You authorize CruiseBuilder to charge the credit card you provide for payment plans and charges associated with your reservation.

8. Due to our booking process you must cancel your reservation within 24 hours to receive a full refund. You must notify us verbally over the phone, and in writing by emailing customersupport@cruisebuilder.com. Cancellation requests made outside of the 24 hours are not eligible for a refund.

9. Change or travel deviation requests must be requested and confirmed within 30 days of your reservation purchase. In the event that a change request is not confirmed during this period, CruiseBuilder will make travel arrangements to match the original trip package. If the reservation purchase is within 60 days of travel, all requests must be confirmed within 24 hours of the time of purchase. Otherwise, CruiseBuilder will make travel arrangements according to the trip package.

10. Cancellation fees may also apply to any additional services, including extra night accommodations, independently supplied services, and optional excursions reserved prior to, during, and after the tour. If flight changes, including but not limited to flight cancellations or name changes, are requested after cruise and air deposits are received, revision fees, change fees, or airline cancellation fees will apply. In many instances, airline revision or change fees can be up to or exceed $300, but in some instances may be up to 100% of the ticket price. Cancellation penalties will be quoted at time of cancellation.

11. Optional travel insurance is available to provide coverage for your travel arrangements. A travel insurance plan can help cover your vacation investment, offset expenses from travel mishaps and provide you with emergency travel assistance.

12. Air carriers used by CruiseBuilder for travel are independent operators and are not owned, managed, or operated by CruiseBuilder. Your airline ticket is a contract between you and the air carrier only, even if you purchase through CruiseBuilder. By purchasing your air services through CruiseBuilder, you waive all liability for CruiseBuilder for such air services.

13. Our package prices include Economy Light fares, and whenever an upgrade is available at no additional cost we will try to select that option for our passengers. Seat Selection, Meals, and Luggage expenses are excluded items from our packages and will be the passenger's responsibility. Quotes for flight upgrades are valid for 24 hours and are subject to change, air carrier availability, and completion of the Passport Information Verification form. All flight upgrades will require an additional deposit.

14. CruiseBuilder is not responsible if an airline cancels, reschedules, or delays a flight for any reason. In addition, CruiseBuilder is not responsible for missed connections due to an airline canceling, rescheduling, or delaying a flight. If you purchased airfare through CruiseBuilder, we will try to assist in making new arrangements. Additional costs often apply and, in some cases, may require the purchase of a new ticket your expense.

15. It is your responsibility to check the status of your flight prior to departure. CruiseBuilder is not responsible if an airline cancels, reschedules, or delays a flight for any reason.

16. If you miss your departure flight or connection, it is your responsibility to work with the airline on which you are ticketed to reach your destination. No refunds will be provided by CruiseBuilder for portions of trips missed due to canceled, rescheduled, or delayed flights after airport check-in, nor is CruiseBuilder responsible for any additional expenses you may incur prior to joining your trip if you miss your departure flight or flight connection.

17. For airfare purchased through CruiseBuilder, if any flight schedule requires an overnight stay in a gateway city, CruiseBuilder can assist you with hotel reservations; however, the cost of the overnight stay (including but not limited to hotel and meals) is your expense. Air routings are subject to availability. Routings are not guaranteed and are subject to change at any time.

18. If you make your own flight arrangements, CruiseBuilder, Project Neptune or its affiliates, or its airline booking agent will not be responsible for any loss resulting from cancellation or changes in international gateways, itineraries, or travel dates. We recommend that you do not purchase airline tickets with high penalty charges for changes. Trip packages may require an overnight stay at your expense if your international flight is scheduled early in the morning. We recommend giving yourself a minimum of 3 to 4 hour layover before an international flight.

19. No responsibility is accepted by CruiseBuilder for loss of or damage to baggage or any of the passenger's belongings throughout the duration of the vacation. Passengers are strongly encouraged to not bring valuables such as jewelry and large amounts of cash. Any such valuables should not be left in baggage out of the control of the passenger.

20. CruiseBuilder reserves the right to cancel or reschedule any vacation departure for any reason. If a vacation is canceled prior to departure, CruiseBuilder's only responsibility will be to refund the amount received for the reservation. CruiseBuilder will try to rebook the same vacation with a different departure date, or a similar vacation, but there is no guarantee of availability of offering. For air-inclusive vacations, CruiseBuilder will try to confirm flight schedules for the selected new dates, subject to availability. CruiseBuilder cannot assume responsibility for any additional costs or any fees relating to the issuance and/or cancellation of airfare tickets or other travel arrangements not made through CruiseBuilder.

21. Air carriers, accommodations, and other suppliers (including but not limited to trains, cruises, ferries, motorcoaches, hotels, and restaurants) providing services are independent contractors and are not agents, employees, servants, or joint venturers of the CruiseBuilder or its affiliates. All certificates and other travel documents for services issued by the CruiseBuilder are subject to the Terms & Conditions specified by the supplier, which are available upon request, and to the laws of the countries in which the services are supplied.

22. Some government agencies in foreign countries require CruiseBuilder to collect and pass on in advance of travel certain personal and other details related to you, including but not limited to government-issued identification and passport details. If you fail to supply the details, as requested, fully and accurately, your trip may be interrupted or canceled. There are no refunds for failure to provide documentation or failure to provide documentation by the time required.

23. We will use your personal data secured during your booking or during online check-in to process your booking with our suppliers. These details include your full name, address, date of birth, passport number and expiration date, occupation, credit/debit card information, and any disability, medical conditions, or dietary restrictions disclosed to CruiseBuilder for you and all in your traveling party.

24. It may be necessary to transfer these details to other countries or authorities whose data protection and privacy laws may be different than those of the United States. This may include requirements to pass details to our suppliers as well as certain governments or government-appointed bodies or agencies in the interest of security or because we are obliged to by law. By making a booking with CruiseBuilder, you agree to CruiseBuilder storing, using, and passing on this data to other third parties for reasons as stated above, and hold CruiseBuilder not liable for the usage and protection of that data.

25. In the event of water level problems on stretches of any port, technical problems of any nature, severe weather, flooding, fire, drought, earthquake, explosion, peril of navigation, industrial action, civil unrest, war, government order or act, operational requirements, or any circumstances beyond the reasonable control of CruiseBuilder and its partners, affiliates or suppliers, it may be necessary to operate part or all of the itinerary by substitute port, vessel or motorcoach and hotel accommodation These circumstances and others are frequently undertaken with little or no advance notice to cruise operators, and can cause CruiseBuilder and its partners, affiliates or suppliers to make changes to the published itinerary or to operate part of the itinerary by substitute ship, motorcoach and hotel accommodation with little to no advance notice. These events are beyond our control, and CruiseBuilder will not be responsible for any loss, expense, or inconvenience caused by reasons of such changes.

26. CruiseBuilder reserves the right to withdraw a tour or any part of it to make such alterations in the itinerary or with the tour inclusions as it deems necessary. Itineraries and arranged sightseeing are subject to change at any time due to unforeseen circumstances or circumstances beyond CruiseBuilder's control. Every effort will be made to operate the tours as planned, but alterations may occur after the final itinerary has been issued. It is your responsibility to keep pace with the group. While reasonable accommodations will be made, if you require a taxi or special transportation because you fall behind, you will be responsible for expenses related to rejoining the group.

27. CruiseBuilder assumes no liability for any loss, damage, or entry of any nature in whole or in part resulting from an Act of God or any other force majeure condition, including without limitation: fire, volcanic eruption, environmental pollution or contamination, inclement weather, earthquake, low or high water levels, flood, water or power shortages or failures, tropical storms or hurricanes, riots or civil commissions or

disturbances, and any other acts of a similar nature, sabotage, arrests, strikes or labor disruptions, restraint of rulers or peoples, expropriations, acts of terrorism, war, insurrection, quarantine restrictions, government health advisories or warnings or alerts of any kind of nature, government seizures, refusal or cancellation or suspension or delay of any government authority or any license, permit or authorization, damages to its facilities or the travel supplier and its facilities, or any other unforeseen circumstances or any other factors unforeseen by CruiseBuilder that impacts negatively on, or hampers, its ability to fulfill any of its contractual conditions. In the event that any of these conditions apply, CruiseBuilder shall be excused, discharged, and released from performance to the extent such performance is so limited or prevented, without liability of any kind.

28.  Under the Secure Flight Program enacted by the U.S. Department of Homeland Security, the Transportation Security Administration (TSA) requires airlines to collect information from you for the purposes of Watch List matching. TSA may share information you provide with law enforcement or intelligence agencies or others under its published system of records notice. At the time of booking a vacation with flight reservations, CruiseBuilder will collect the required information and add to your air booking to pass to the airline(s) for the Secure Flight Program. The information includes full name, date of birth, gender, and redress number (if available). Failure to provide the required TSA information at time of booking will result in the loss of confirmed flights and airfare price, as information is required for ticketing. Rebooking lost airfare is subject to schedule availability at time of rebooking and may result in alternate flight schedules and/or increases in airfare price. Any increase in airfare price is payable by you.

29.  It is your responsibility to verify all visa and passport requirements necessary for your vacation. You are responsible for obtaining independently and paying for all visas and entry documents, for meeting all health and other requirements, and for any documents required by the laws, regulations, orders, and/or requirements of the countries you will visit. CruiseBuilder cannot accept liability for any passenger refused entry on any transport or into any country due to failure of the passenger to carry correct documentation or adhere to specific entry and exit requirements. All visa information listed on the website, in documents, or in the brochure is for U.S. citizens only. Non-U.S. citizens must consult with appropriate consulates to determine if any visas or other documents are needed.

30.  You must have a passport to travel internationally. Most countries require that the passport be valid for at least six (6) months beyond the conclusion of your trip. It is recommended you have a minimum of three blank pages in your passport when traveling. Multiple-entry visas are required for some vacations. The process of obtaining a visa and/or passport can take up to three months or more. Non U.S. Citizens: All information provided below pertains to U.S. passport holders only. Non-U.S. Citizens should check with the appropriate foreign consular representative.

31.  Sea Cruise Passengers: Passengers on sea cruises should check carefully the requirements for each country to be visited on their sailing itinerary. Passengers without the correct documentation may be denied boarding at time of embarkation. Passengers may contact their sea cruise line directly for information but remain responsible to obtain any necessary visas.

32.  Passengers registering for a vacation package accept the responsibility for being in good health and able to walk and travel on the cruise and/or land tours. Because many of the sits visited on shore excursions and land tours are not accessible to the physically challenged, those needing oxygen, wheelchairs, or other ambulatory assistance will find the cruise extremely limiting to their experiences.

33.  Passengers traveling with others on different reservations must request a desire to have adjacent travel itineraries at the time of booking, even when booking the same travel package. This relates adjacency with flights, cruise cabins, accommodations, buses, etc. CruiseBuilder will work to accommodate these requests but provides no guarantee on adjacency requests of separate reservations.

34.  Travelers Who Need Special Assistance On Tours and/or Cruises:
You must report any disability requiring special attention while on tour or on cruise to CruiseBuilder or its affiliates, at the time the reservation is made. CruiseBuilder or its affiliates, will make reasonable attempts to accommodate the special needs of disabled travelers, but is not responsible in the event it is unable to do so nor responsible for any denial of services by air carriers, hotels, restaurants, or other independent suppliers. CruiseBuilder or its affiliates, cannot provide individual assistance to a vacation participant for walking, dining, getting on and off motorcoaches, cruise ships and other vehicles, or other personal needs. CruiseBuilder or its affiliates, strongly recommends a qualified and physically able companion must accompany travelers who need such assistance. All travelers with CruiseBuilder or its affiliates, are subject to the participation clause above.

Not all sightseeing stops/sites accommodate wheelchairs and some locations and sightseeing activities require extensive standing, sitting or walking, sometimes on unpaved or cobblestone streets. CruiseBuilder or its affiliates, is not responsible for any missed activities due to a participant's inability to participate with the group. The Americans with Disabilities Act is only applicable within the United States and facilities for disabled individuals are limited outside its borders. Most transportation services, including the touring motorcoaches and cruise ships, are not equipped with wheelchair ramps. Motorized scooters are not typically suitable on international tours. With prior permission and waivers, we will attempt to accommodate motorized scooters on domestic vacations, depending on the suitability of the itinerary.

Although some of the ships have elevators, many of the small ships (e.g., river cruise vessels) do not. Passengers requiring ship elevators should inquire before making reservations. Additionally, most stateroom doors and restrooms are not wide enough to allow access by standard wheelchairs, and bathrooms and other doorways may be fitted with coamings. For safety reasons, passengers in wheelchairs cannot be carried on ramps in ports where the ship is at anchor.

35.  CruiseBuilder is not liable for any negligent or willful act or failure to act of any travel service provider or of any affiliate, supplier, partner or other third party. In addition and without limitation, CruiseBuilder is not responsible for any injury, loss, death, inconvenience, delay, or damage to person or property in connection with the provision of any goods or services whether resulting from, but not limited to, acts of God or force majeure, illness, disease, acts of war or civil unrest, insurrection or revolt, animals, strikes or other labor activities, criminal or terrorist activities of any kind, overbooking or downgrading of accommodations, mechanical or other failure of airplanes or other means of transportation, or for any failure of any transportation mechanism to arrive or depart on time. Also be advised that certain foreign facilities such as air-conditioning systems in public places, hotels and motor coaches may not be up to U.S. standards. If due to weather, flight schedules or other uncontrollable factors you are required to spend additional night(s), you will be responsible for your own hotel, transfers and meal costs. Baggage is entirely at owner's risk. You may see the name CruiseBuilder affixed to motor vehicles, on signs around the hotel

or elsewhere. This use of our name is purely for reasons of identification and does not denote ownership, supervision, or control by CruiseBuilder in any way. The prices of these tours are based on rates in effect (including foreign exchange rates) at the time of printing and are subject to change without notice. Under circumstances where liability cannot be excluded, such liability is limited to the value of the purchased travel arrangements. You specifically agree that CruiseBuilder is not liable for any consequential loss or damage.

36. Should the planned and/or advertised host/educator/headliner/celebrity not be able to travel on the tour/cruise due to sickness, injury, hospitalization, death, etc., CruiseBuilder or its affiliates, reserves the right to select and replace the host/educator/headliner/celebrity and to continue the trip itinerary as planned and is not liable to its clients/passengers for compensation or refund of the trip for this change under any circumstance.

37. The following cruise lines require that all passengers in a cabin are 21 or older or that at least one person in the cabin is 25 or older:

Carnival, Costa and Windstar Cruises.

For Carnival and Windstar, an exception may be made for underage married couples, as long as they are both 18. For Costa, an exception may be made for underage married couples, as long as they are both 21. These couples may be asked to show proof of their marriage. This exception is based on individual cruise line policy and should be confirmed by your agent. Carnival also makes exceptions for qualified U.S. Military personnel who are at least 18 years of age. Proof of military eligibility will be needed when booking, as well as the appropriate verification documents at embarkation. Carnival and Costa guests between the ages of 18 and 21 on a booking may have their own cabin, only if the booking is cross-referenced with the adult relative or guardian's stateroom. Your age on the date of sailing is generally considered your age for the length of the cruise.

38. Pregnant women are allowed to sail only if pregnant for 24 completed weeks or less on the date of cruise disembarkation. All women must provide a physician's letter stating the estimated date of delivery and that the mother and baby are in good health and fit to travel and the pregnancy is not at risk. Infants: Minimum age is 12 months for trans-ocean crossings, World cruises and cruises 15 days or longer; minimum age is 6 months for all other sailings. Costa does not allow infants (children under the age of 2) to be booked in inside categories. Infants must be booked in an Oceanview or higher with a true cabin assignment, not a guarantee. Only these higher categories can accommodate a baby cot. They have a limited number of baby cots onboard, and clients cannot bring on their own play pens or cribs.

39. CruiseBuilder.com is committed to customer satisfaction, so if you have a problem or dispute, we will try to resolve your concerns. But if we are unsuccessful, you may pursue claims as explained in this section. You agree to give us an opportunity to resolve any disputes or claims relating in any way to the Website, any dealings with our customer service agents, any services or products provided, any representations made by us, or our Privacy Policy ("Claims") by contacting CruiseBuilder.com Customer Support. If we are not able to resolve your Claims within 60 days, you agree to attempt mediation, and if unsuccessful, you may seek relief through arbitration or in small claims court, as set forth below. Any and all Claims will be resolved by binding arbitration, rather than in court, except you may assert Claims on an individual basis in small claims court if they qualify. This includes any Claims you assert against us, travel suppliers, or any companies offering products or services through us (which are beneficiaries of this arbitration agreement). This also includes any Claims that arose before you accepted these Terms and Conditions, regardless of whether prior versions of the Terms and Conditions required arbitration. There is no judge or jury in arbitration, and court review of an arbitration award is limited. However, an arbitrator can award on an individual basis the same damages and relief as a court (including statutory damages, attorneys' fees and costs), and must follow and enforce these Terms and Conditions as a court would. Arbitrations will be conducted by the American Arbitration Association (AAA) under its rules, including the AAA Consumer Rules. Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules, except as provided in this section. If your total Claims seek less than $10,000, we will reimburse you for filing fees you pay to the AAA and will pay arbitrator's fees. You may choose to have an arbitration conducted by telephone, based on written submissions, or in person in the state where you live or at another mutually agreed location. To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your Claims to "CruiseBuilder.com Legal: Arbitration Claim Manager," at Project Neptune LLC., 98 West Main Street, Lehi, Utah 84043. If we request arbitration against you, we will give you notice at the email address or street address you have provided. The AAA's rules and filing instructions are available at www.adr.org or by calling 1-800-778-7879. Any and all proceedings to resolve Claims will be conducted only on an individual basis and not in a class, consolidated or representative action. The Federal Arbitration Act and federal arbitration law apply to this agreement. An arbitration decision may be confirmed by any court with competent jurisdiction.

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Oct-27  11:18:36
04CV-23-2996
C19WD06 : 6 Pages

# EXHIBIT F

## Terms and Conditions

WITH GLENN BECK

HOME    ITINERARY    YOUR HOSTS    PORTS    THE SHIP    PRICING    FAQ    ABOUT US

# 6/5/2020

Contract Terms & Conditions

Updated 06/05/2020

1. The purchase/payment of any travel services offered by Project Neptune, LLC., authorized to do business as CruiseBuilder, (herein after "CruiseBuilder"), constitutes a contractual arrangement between the Passenger ("you") and CruiseBuilder, and represents your acceptance of the CruiseBuilder Terms & Conditions. You must be at least 18 years of age to make a booking. As the lead passenger, you accept, and confirm you have authority and consent to accept, these CruiseBuilder Terms & Conditions for yourself and all members of your traveling party.

2. Terms & Conditions are accurate at time of booking and are subject to change.

3. Payment of the deposit indicates you have read and accepted these Terms & Conditions. Your booking is not confirmed until the deposit is processed by CruiseBuilder.

4. After the initial deposit, an additional payment may be required 30 - 45 days from the date of booking. In addition, some cruise and air packages will require a payment schedule as indicated during the booking process and outlined in your confirmation email. Failure to make scheduled payments can result in additional fees and/or cancelation.

5. Final payment for your vacation is due 100 days prior to departure date unless stated otherwise in your booking confirmation email. Within the final payment date, payment in full is required at time of booking to reserve space. Reservations (land, cruise, and air) are canceled if final payment is not received by the due date.

6. You are responsible for verifying that everything on your reservation documents is accurate and complete, including dates of travel, and options selected. CruiseBuilder cannot accept responsibility if we are not notified of inaccuracies within 5 days of sending out the invoice. Passport Information Verification must be completed via DocuSign. After Passport Information Verification completion, name changes are subject to fees and penalties. Passport information Verification must be completed within 7 days of booking or your reservation may be subject to additional fees and/or cancelation. In the case of billing errors, CruiseBuilder reserves the right to re-invoice you with correct pricing.

7. CruiseBuilder accepts checks, money orders, Visa, MasterCard, Discover/Novus, and American Express. You authorize CruiseBuilder to charge the credit card you provide for payment plans and charges associated with your reservation.

Case 5:23-cv-05225-TLB   Document 1-1   Filed 12/05/23   Page 43 of 100 PageID #: 53

8. Due to our booking process you must cancel your reservation within 24 hours of paying your deposit to receive a full refund. You must notify us verbally over the phone, and in writing by emailing customersupport@cruisebuilder.com. Cancellation requests made outside of the 24 hours are not eligible for a refund.

9. Change or travel deviation requests must be requested and confirmed within 30 days of your reservation purchase. In the event that a change request is not confirmed during this period, CruiseBuilder will make travel arrangements to match the original trip package. If the reservation purchase is within 60 days of travel, all requests must be confirmed within 24 hours of the time of purchase. Otherwise, CruiseBuilder will make travel arrangements according to the trip package.

10. Cancellation fees may also apply to any additional services, including extra night accommodations, independently supplied services, and optional excursions reserved prior to, during, and after the tour. If flight changes, including but not limited to flight cancellations or name changes, are requested after cruise and air deposits are received, revision fees, change fees, or airline cancellation fees will apply. In many instances, airline revision or change fees can be up to or exceed $300, but in some instances may be up to 100% of the ticket price. Cancellation penalties will be quoted at time of cancellation.

11. Optional travel insurance is available to provide coverage for your travel arrangements. A travel insurance plan can help cover your vacation investment, offset expenses from travel mishaps and provide you with emergency travel assistance.

12. Air carriers used by CruiseBuilder for travel are independent operators and are not owned, managed, or operated by CruiseBuilder. Your airline ticket is a contract between you and the air carrier only, even if you purchase through CruiseBuilder. By purchasing your air services through CruiseBuilder, you waive all liability for CruiseBuilder for such air services.

13. Our package prices include Economy Light fares, and whenever an upgrade is available at no additional cost we will try to select that option for our passengers. Seat Selection, Meals, and Luggage expenses are excluded items from our packages and will be the passenger's responsibility. Quotes for flight upgrades are valid for 24 hours and are subject to change, air carrier availability, and completion of the Passport Information Verification form. All flight upgrades will require an additional deposit.

14. CruiseBuilder is not responsible if an airline cancels, reschedules, or delays a flight for any reason. In addition, CruiseBuilder is not responsible for missed connections due to an airline canceling, rescheduling, or delaying a flight. If you purchased airfare through CruiseBuilder, we will try to assist in making new arrangements. Additional costs often apply and, in some cases, may require the purchase of a new ticket your expenses.

15. It is your responsibility to check the status of your flight prior to departure. CruiseBuilder is not responsible if an airline cancels, reschedules, or delays a flight for any reason.

16. If you miss your departure flight or connection, it is your responsibility to work with the airline on which you are ticketed to reach your destination. No refunds will be provided by CruiseBuilder for portions of trips missed due to canceled, rescheduled, or delayed flights after airport check-in, nor is CruiseBuilder responsible for any additional expenses you may incur prior to joining your trip if you miss your departure flight or flight connection.

17. For airfare purchased through CruiseBuilder, if any flight schedule requires an overnight stay in a gateway city, CruiseBuilder can assist you with hotel reservations; however, the cost of the overnight stay (including but not limited to hotel and meals) is your expense. Air routings are subject to availability. Routings are not guaranteed and are subject to change at any time.

18. If you make your own flight arrangements, CruiseBuilder, Project Neptune or its affiliates, or its airline booking agent will not be responsible for any loss resulting from cancellation or changes in international gateways, itineraries, or travel dates. We recommend that you do not purchase airline tickets with high penalty charges for changes. Trip packages may require an overnight stay at your expense if your international flight is scheduled early in the morning. We recommend giving yourself a minimum of 3 to 4 hour layover before an international flight.   19. No responsibility is accepted by CruiseBuilder for loss of or damage to baggage or any of the passenger's belongings throughout the duration of the vacation. Passengers are strongly encouraged to not bring valuables such as jewelry and large amounts of cash. Any such valuables should not be left in baggage out of the control of the passenger.

20. CruiseBuilder reserves the right to cancel or reschedule any vacation departure for any reason. If a vacation is canceled by CruiseBuilder prior to departure, CruiseBuilder's only responsibility will be to refund any unused funds from the reservation payments and any amounts refunded back from other travel vendors used in connection with the vacation package less the initial deposit. CruiseBuilder will try to rebook the same vacation with a different departure date, or a similar vacation, but there is no guarantee of availability of offering. For air-inclusive vacations, CruiseBuilder will try to confirm flight schedules for the selected new dates, subject to availability. CruiseBuilder cannot assume responsibility for any additional costs or any fees relating to the issuance and/or cancellation of airfare tickets or other travel arrangements not made through CruiseBuilder. Any additional cost related to the rescheduling of a vacation will be at your expense, including but not limited to hotels, airfare, transportation services, etc.

21. Air carriers, accommodations, and other suppliers (including but not limited to trains, cruises, ferries, motorcoaches, hotels, and restaurants) providing services are independent contractors and are not agents, employees, servants, or joint venturers of the CruiseBuilder or its affiliates. All certificates and other travel documents for services issued by the CruiseBuilder are subject to the Terms & Conditions specified by the supplier, which are available upon request, and to the laws of the countries in which the services are supplied.

22. Some government agencies in foreign countries require CruiseBuilder to collect and pass on in advance of travel certain personal and other details related to you, including but not limited to government-issued identification and passport details. If you fail to supply the details, as requested, fully and accurately, your trip may be interrupted or canceled. There are no refunds for failure to provide documentation or failure to provide documentation by the time required.

23. We will use your personal data secured during your booking or during online check-in to process your booking with our suppliers. These details include your full name, address, date of birth, passport number and expiration date, occupation, credit/debit card information, and any disability, medical conditions, or dietary restrictions disclosed to CruiseBuilder for you and all in your traveling party.

24. It may be necessary to transfer these details to other countries or authorities whose data protection and privacy laws may be different than those of the United States. This may include requirements to pass details to our suppliers as well as certain governments or governmentappointed bodies or agencies in the interest of security or because we are obliged to law. By making a booking with CruiseBuilder, you agree to CruiseBuilder storing, using, and passing on this data to other third parties for reasons as stated above, and hold CruiseBuilder liable for the usage and protection of that data.

25. In the event of water level problems on stretches of any port, technical problems of any nature, severe weather, flooding, fire, drought, earthquake, explosion, peril of navigation, industrial action, civil unrest, war, government order or act, operational requirements, or any circumstances beyond the reasonable control of CruiseBuilder and its partners, affiliates or suppliers, it may be necessary to operate part or all of the itinerary by substitute port, vessel or motorcoach and hotel accommodation These circumstances and others are frequently undertaken with little or no advance notice to cruise operators, and can cause CruiseBuilder and its partners, affiliates or suppliers to make changes to the published itinerary or to operate part of the itinerary by substitute ship, motorcoach and hotel accommodation with little to no advance notice. These events are beyond our control, and CruiseBuilder will not be responsible for any loss, expense, or inconvenience caused by reasons of such changes.

26. CruiseBuilder reserves the right to withdraw a tour or any part of it to make such alterations in the itinerary or with the tour inclusions as it deems necessary. Itineraries and arranged sightseeing are subject to change at any time due to unforeseen circumstances or circumstances beyond CruiseBuilder's control. Every effort will be made to operate the tours as planned, but alterations may occur after the final itinerary has been issued. It is your responsibility to keep pace with

the group. While reasonable accommodations will be made, if you require a taxi or special transportation because you fall behind, you will be responsible for the expenses related to rejoining the group.

27. CruiseBuilder assumes no liability for any loss, damage, or entry of any nature in whole or in part resulting from an Act of God or any other force majeure condition, including without limitation: fire, volcanic eruption, environmental pollution or contamination, inclement weather, earthquake, low or high water levels, flood, water or power shortages or failures, tropical storms or hurricanes, riots or civil commissions or disturbances, and any other acts of a similar nature, sabotage, arrests, strikes or labor disruptions, restraint of rulers or peoples, expropriations, acts of terrorism, war, insurrection, quarantine restrictions, government health advisories or warnings or alerts of any kind of nature, government seizures, refusal or cancellation or suspension or delay of any government authority or any license, permit or authorization, damages to its facilities or the travel supplier and its facilities, or any other unforeseen circumstances or any other factors unforeseen by CruiseBuilder that impacts negatively on, or hampers, its ability to fulfill any of its contractual conditions. In the event that any of these conditions apply, CruiseBuilder shall be excused, discharged, and released from performance to the extent such performance is so limited or prevented, without liability of any kind.

28. Under the Secure Flight Program enacted by the U.S. Department of Homeland Security, the Transportation Security Administration (TSA) requires airlines to collect information from you for the purposes of Watch List matching. TSA may share information you provide with law enforcement or intelligence agencies or others under its published system of records notice. At the time of booking a vacation with flight reservations, CruiseBuilder will collect the required information and add to your air booking to pass to the airline(s) for the Secure Flight Program. The information includes full name, date of birth, gender, and redress number (if available). Failure to provide the required TSA information at time of booking will result in the loss of confirmed flights and airfare price, as information is required for ticketing. Rebooking lost airfare is subject to schedule availability at time of rebooking and may result in alternate flight schedules and/or increases in airfare price. Any increase in airfare price is payable by you.

29. It is your responsibility to verify all visa and passport requirements necessary for your vacation. You are responsible for obtaining independently and paying for all visas and entry documents, for meeting all health and other requirements, and for any documents required by the laws, regulations, orders, and/or requirements of the countries you will visit. CruiseBuilder cannot accept liability for any passenger refused entry on any transport or into any country due to failure of the passenger to carry correct documentation or adhere to specific entry and exit requirements. All visa information listed on the website, in documents, or in the brochure is for U.S. citizens only. Non-U.S. citizens must consult with appropriate consulates to determine if any visas or other documents are needed.

30. You must have a passport to travel internationally. Most countries require that the passport be valid for at least six (6) months beyond the conclusion of your trip. It is recommended you have a minimum of three blank pages in your passport when traveling. Multiple-entry visas are required for some vacations. The process of obtaining a visa and/or passport can take up to three months or more. Non U.S. Citizens: All information provided below pertains to U.S. passport holders only. Non-U.S. Citizens should check with the appropriate foreign consular representative.

31. Sea Cruise Passengers: Passengers on sea cruises should check carefully the requirements for each country to be visited on their sailing itinerary. Passengers without the correct documentation may be denied boarding at time of embarkation. Passengers may contact their sea cruise line directly for information but remain responsible to obtain any necessary visas.

32. Passengers registering for a vacation package accept the responsibility for being in good health and able to walk and travel on the cruise and/or land tours. Because many of the sits visited on shore excursions and land tours are not accessible to the physically challenged, those needing oxygen, wheelchairs, or other ambulatory assistance will find the cruise extremely limiting to their experiences.

33. Passengers traveling with others on different reservations must request a desire to have adjacent travel itineraries at the time of booking, even when booking the same travel package. This relates adjacency with flights, cruise cabins, accommodations, buses, etc. CruiseBuilder will work to accommodate these requests but provides no guarantee on adjacency requests of separate reservations.

34. Travelers Who Need Special Assistance On Tours and/or Cruises:  You must report any disability requiring special attention while on tour or on cruise to CruiseBuilder or its affiliates, at the time the reservation is made. CruiseBuilder or its affiliates, will make reasonable attempts to accommodate the special needs of disabled travelers, but is not responsible in the event it is unable to do so nor responsible for any denial of services by air carriers, hotels, restaurants, or other independent suppliers. CruiseBuilder or its affiliates, cannot provide individual assistance to a vacation participant for walking, dining, getting on and off motorcoaches, cruise ships and other vehicles, or other personal needs. CruiseBuilder or its affiliates, strongly recommends a qualified and physically able companion must accompany travelers who need such assistance. All travelers with CruiseBuilder or its affiliates, are subject to the participation clause above.

Not all sightseeing stops/sites accommodate wheelchairs and some locations and sightseeing activities require extensive standing, sitting or walking, sometimes on unpaved or cobblestone streets. CruiseBuilder or its affiliates, is not responsible for any missed activities due to a participant's inability to participate with the group. The Americans with Disabilities Act is only applicable within the United States and facilities for disabled individuals are limited outside its borders. Most transportation services, including the touring motorcoaches and cruise ships, are not equipped with wheelchair ramps. Motorized scooters are not typically suitable on international tours. With prior permission and waivers, we will attempt to accommodate motorized scooters on domestic vacations, depending on the suitability of the itinerary.

Although some of the ships have elevators, many of the small ships (e.g., river cruise vessels) do not. Passengers requiring ship elevators should inquire before making reservations. Additionally, most stateroom doors and restrooms are not wide enough to allow access by standard wheelchairs, and bathrooms and other doorways may be fitted with coamings. For safety reasons, passengers in wheelchairs cannot be carried on ramps in ports where the ship is at anchor.

35. CruiseBuilder is not liable for any negligent or willful act or failure to act of any travel service provider or of any affiliate, supplier, partner or other third party. In addition and without limitation, CruiseBuilder is not responsible for any injury, loss, death, inconvenience, delay, or damage to person or property in connection with the provision of any goods or services whether resulting from, but not limited to, acts of God or force majeure, illness, disease, acts of war or civil unrest, insurrection or revolt, animals, strikes or other labor activities, criminal or terrorist activities of any kind, overbooking or downgrading of accommodations, mechanical or other failure of airplanes or other means of transportation, or for any failure of any transportation mechanism to arrive or depart on time. Also be advised that certain foreign facilities

such as air-conditioning systems in public places, hotels and motor coaches may not be up to U.S. standards. If due to weather, flight schedules or other uncontrollable factors you are required to spend additional night(s), you will be responsible for your own hotel, transfers and meal costs. Baggage is entirely at owner's risk. You may see the name CruiseBuilder affixed to motor vehicles, on signs around the hotel or elsewhere. This use of our name is purely for reasons of identification and does not denote ownership, supervision, or control by CruiseBuilder in any way. The prices of these tours are based on rates in effect (including foreign exchange rates) at the time of printing and are subject to change without notice. Under circumstances where liability cannot be excluded, such liability is limited to the value of the purchased travel arrangements. You specifically agree that CruiseBuilder is not liable for any consequential loss or damage.

36. Should the planned and/or advertised host/educator/headliner/celebrity not be able to travel on the tour/cruise due to sickness, injury, hospitalization, death, etc., CruiseBuilder or its affiliates, reserves the right to select and replace the host/educator/headliner/celebrity and to continue the trip itinerary as planned and is not liable to its clients/passengers for compensation or refund of the trip for this change under any circumstance.

37. The following cruise lines require that all passengers in a cabin are 21 or older or that at least one person in the cabin is 25 or older:

For Carnival and Windstar, an exception may be made for underage married couples, as long as they are both 18. For Costa, an exception may be made for underage married couples, as long as they are both 21. These couples may be asked to show proof of their marriage. This exception is based on individual cruise line policy and should be confirmed by your agent. Carnival also makes exceptions for qualified U.S. Military personnel who are at least 18 years of age. Proof of military eligibility will be needed when booking, as well as the appropriate verification documents at embarkation. Carnival and Costa guests between the ages of 18 and 21 on a booking may have their own cabin, only if the booking is cross-referenced with the adult relative or guardian's stateroom. Your age on the date of sailing is generally considered your age for the length of the cruise.

38. Pregnant women are allowed to sail only if pregnant for 24 completed weeks or less on the date of cruise disembarkation. All women must provide a physician's letter stating the estimated date of delivery and that the mother and baby are in good health and fit to travel and the pregnancy is not at risk. Infants: Minimum age is 12 months for trans-ocean crossings, World cruises and cruises 15 days or longer; minimum age is 6 months for all other sailings. Costa does not allow infants (children under the age of 2) to be booked in inside categories. Infants must be booked in an Oceanview or higher with a true cabin assignment, not a guarantee. Only these higher categories can accommodate a baby cot. They have a limited number of baby cots onboard, and clients cannot bring on their own play pens or cribs.


39. CruiseBuilder.com is committed to customer satisfaction, so if you have a problem or dispute, we will try to resolve your concerns. But if we are unsuccessful, you may pursue claims as explained in this section. You agree to give us an opportunity to resolve any disputes or claims relating in any way to the Website, any dealings with our customer service agents, any services or products provided, any representations made by us, or our Privacy Policy ("Claims") by contacting CruiseBuilder.com Customer Support. If we are not able to resolve your Claims within 60 days, you agree to attempt mediation, and if unsuccessful, you may seek relief through arbitration or in small claims court, as set forth below. All claims and legal matters must be filed in Salt Lake County or Utah County in the state of Utah. Any and all Claims will be resolved by binding arbitration, rather than in court, except you may assert Claims on an individual basis in small claims court if they qualify. This includes any Claims you assert against us, travel suppliers, or any companies offering products or services through us (which are beneficiaries of this arbitration agreement). This also includes any Claims that arose before you accepted these Terms and Conditions, regardless of whether prior versions of the Terms and Conditions required arbitration. There is no judge or jury in arbitration, and court review of an arbitration award is limited. However, an arbitrator can award on an individual basis the same damages and relief as a court (including statutory damages, attorneys' fees and costs), and must follow and enforce these Terms and Conditions as a court would. Arbitrations will be conducted by the American Arbitration Association (AAA) under its rules, including the AAA Consumer Rules. Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules, except as provided in this section. If your total Claims seek less than $10,000, we will reimburse you for filing fees you pay to the AAA and will pay arbitrator's fees. You may choose to have an arbitration conducted by telephone, based on written submissions, or in person in the state of Utah or at another mutually agreed location. To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your Claims to "CruiseBuilder.com Legal: Arbitration Claim Manager," at Project Neptune LLC., 4700 W Daybreak Parkway #150, South Jordan Utah 84009. If we request arbitration against you, we will give you notice at the email address or street address you have provided. The AAA's rules and filing instructions are available at www.adr.org or by calling 1-800-778-7879. Any and all proceedings to resolve Claims will be conducted only on an individual basis and not in a class, consolidated or representative action. The Federal Arbitration Act and federal arbitration law apply to this agreement. An arbitration decision may be confirmed by any court with competent jurisdiction.

**Bring your kids & grandkids for a legacy of learning...**

**Or**

**C**all: 800-328-5967

©2019 CruiseBuilder. All rights reserved.

Terms and Conditions    |    Contact Us    |    800-328-5967

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Oct-27  11:18:36
04CV-23-2996
C19WD06 : 4 Pages

# EXHIBIT G

**From:** **Chip Garrity** ▓▓▓▓▓▓▓▓▓  📎
**Subject:** Fwd: refund request
**Date:** March 9, 2023 at 9:01 AM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓



Sent from my iPhone

Begin forwarded message:

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Date:** March 4, 2023 at 9:21:10 PM CST
**To:** ▓▓▓▓▓▓▓▓▓▓
**Subject: Fwd: refund request**

Begin forwarded message:

**From:** Joey Gorrell <customersupport@vacationbuilder.com>
**Subject:** Re: refund request
**Date:** Jan 24, 2022 at 10:32 AM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓
**Reply-To:** customersupport@cruisebuilder.com

Hi Adrian,

We are unable to give you a refund.  At the time that the trip was originally set to go we had already paid all the vendors including the cruise line, hotels, transfers, bus companies, tour companies, etc.  We did not get refunded from most of those vendors.  They did move it to the different dates.  When the last one was unable to go they offered credits and not a refund.  We are only able to provide the refund options that were sent out previously.

We understand that this is a difficult time but this would be all that we can offer.  Please let us know if you have any questions in regards to the credits.

Thank you,

Joey Gorrell
Customer Support Manager
801.901.3161 Ext. 0004
4700 W Daybreak Pkwy  Ste 150
South Jordan, UT 84009



Confidentiality Notice: The information contained in this email and any attachments to it may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this email or its attachments is strictly prohibited. If you have received this email in error, please notify the sender of that fact by return email and permanently delete the email and any attachments to it immediately. Please do not retain, copy or use this email or its attachments for any purpose, nor disclose all or any part of its contents to any other person.

On January 23, 2022, 7:25 PM MST ▓▓▓▓▓▓▓▓▓▓ wrote:

Dear Cruisebuilder,

As were many I'm sure, we were very disappointed that the cruise had to be canceled.  These are uncertain times and uncharted waters and no one could have predicted how things would proceed.

I am in receipt of the options that your company is offering to the Cruise Through History with Glenn Beck guests.  In the past, if a guest canceled it would be perfectly reasonable to offer a "credit" for a future cruise. However, no one was aware of the events that would alter the world these last 2+ years.  As times have changed, so must our business practices.  Everyone is struggling – businesses, families countries. This cruise was paid in full to you on 11/25/2019 in the amount of $25616.00. I requested a refund as myself and family no longer have the ability to afford such a vacation at this time.

I am requesting again that we come to a final agreement with each other to refund these monies (requesting cruise and land arrangements in full).  If we cannot, I will be seeking legal counsel in order to acquire my money back for a trip that cannot be completed by myself and family.  I would like a response to this matter within 10 days of receipt.  I have understood your plea up to this point, however to keep AMOUNT of someone's hard earned money is out of the question.

Also, let it not be forgotten that we were going  a cruise to explore Jesus' path through Jerusalem.  This was a Christian cruise with Christian values at its very core.  No one associated with this cruise had any intentions on backing out because it was something we all believe in and looked forward to.  Do not let this change in times and the world alter your view of how you should do business.

The right thing to do is refund the money.

Respectfully,
Adrian Thomas Garritty

*Confidentiality Notice: The information contained in this email and any attachments to it may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this email or its attachments is strictly prohibited. If you have received this email in error, please notify the sender of that fact by return email and permanently delete the email and any attachments to it immediately. Please do not retain, copy or use this email or its attachments for any purpose, nor disclose all or any part of its contents to any other person.*

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Oct-27  11:18:36
04CV-23-2996
C19WD06 : 2 Pages

# EXHIBIT H

Gmail - Glenn Beck Cruise reservation #4858                           https://mail.google.com/mail/u/0?ik=b0fe5f78a8&view=pt&searc

 Gmail

**Glenn Beck Cruise reservation #4858**
1 message

To: Joey Gorrell <customersupport@cruisebuilder.com>                  Sat, Mar 27, 2021 at 12:08 PM

# Lufthansa Refund Reservation #4858

Inbox

&gt;gmail.com&gt;                            11:25 AM (32 minutes ago)

to customersupport

--1st E-Ticket number: 2207451785017:  2nd E-Ticket number:  1903--Confirmation number:  ULHDTF
--1st E-Ticket number:  2207451785019:  2nd E-Ticket number: 1903---Confirmation number:  ULHDTF

We have been informed by Lufthansa Airlines that these tickets were refunded March 11, 2020.  The refund went back to the original card provided when they were booked.  That was a Mastercard.  You keep telling us that none of the vendors have returned our money to you, but our ticked money was refunded to you and you have never notified us of this transaction.

The dates in May and October 2021 will not work for us due to my medical condition   We want our $1455.03 USD refunded to us NOW!  This getting ridiculous and is very unethical!  We are not going to sign our cruise package over to Cruise Builders to TRY and sell for as no one we know that has done that has had any money returned to them.

The Cruise we signed up for in May 2019 is not the same cruise you are offering in October 2021.  Some of the speakers it looks like will not be able to sail in October.  We are very disappointed in the way things have been handled and the way Cruise Builders has responded or not responded at all.

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Oct-27  11:18:36
04CV-23-2996
C19WD06 : 2 Pages

# EXHIBIT I

10:50 AM  Sat Aug 5

🔋 12%

Ringer

# Project Neptune LLC

☆ UT ☆

**Entity:** Limited Liability Company (LLC)
**Industry:** Travel Agencies
**Location:** South Jordan, UT
🐦 Tweet This • Search All PPP Data

Project Neptune LLC is a limited liability company (LLC) located at 4700 W Daybreak Pkwy Ste 150 in South Jordan, Utah that received a Coronavirus-related PPP loan from the SBA of **$435,500.00** in February, 2021.

## Court Record: 4 Sources Found

Updated: 2023.

ReviewPublicRecords

Open

## 💲 PPP Loan Information

| Loan Size: | Jobs Retained: | Loan Approved: | Loan Status: |
|---|---|---|---|
| **$435,500** | 40 | 2021-02-19 | **Paid in Full or Forgiven** |

**Lender:** Celtic Bank Corporation

Loan #1516908507

**Project Neptune LLC** in South Jordan, UT received a Paycheck Protection Loan of $435,500 through Celtic Bank Corporation, which was approved in February, 2021.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in August. 2022.

Open ⟩

## Court Record: 4 Sources Found

Updated: 2023.

ReviewPublicRecords

**Payscale**
LEO Pay Scale
LEO Agencies
**LEO Pay Calculator**

**Senior Executive Service**
SES Pay Scale
**SES Pay Calculator**

**Military Payscales**
Military Basic Pay
Military BAH, BAS
Military Raise History
**Military Pay Calculator**

**Miscellaneous**
Federal Employee
Lookup
Government Job Search
Articles and News
Per Diem Rates
Federal Holidays
Federal Departments

0
👍 Follow  🔗 Share
406

**Data Source:**
U.S. Office of Personnel
Management | OPM.GOV



ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Oct-27  11:18:36
04CV-23-2996
C19WD06 : 4 Pages

# EXHIBIT J

**From:** Chip Garritty ████████████████████
**Subject:** Fwd: Trip cancelation
**Date:** March 9, 2023 at 9:26 AM
**To:** ████████████████████

CG

Sent from my iPhone

Begin forwarded message:

**From:** Chip Garritty ████████████████████
**Date:** March 4, 2023 at 10:41:57 PM CST
**To:** ████████████████████
**Subject: Fwd: Trip cancelation**

Final trip cancellation

Begin forwarded message:

**From:** CruiseBuilder <support@cruisebuilder.com>
**Subject: Trip cancelation**
**Date:** Feb 23, 2023 at 2:50 PM
**To:** ████████████████████

2019-07-17

Dear Adrian,

In recent months, CruiseBuilder has faced significant financial pressure due to inflation and related increased costs for travel services. These inflationary market conditions, which are in addition to lingering impacts of COVID-related restrictions, have made it impossible for CruiseBuilder to go forward with your scheduled cruise. Unfortunately given these circumstances, CruiseBuilder has no choice but to cancel your trip.

CruiseBuilder is currently evaluating options if it could offer travel opportunities. If we are able to offer travel opportunities in the future, we will notify you of how you may be able to use your credits on any future travel packages.

We are very sorry that market conditions have forced us to cancel your trip and apologize for any inconvenience this may cause. We sincerely hope to find a way that you can use your travel credits in the future and will notify you as soon as any may be available. In the meantime, if you have any questions, please email us at support@cruisebuilder.com.

Sincerely,

CruiseBuilder

CruiseBuilder is part of the VacationBuilder family.

Monday-Friday, 9am-5:30pm (MT)

support@cruisebuilder.com

VacationBuilder, 3731 W. 10400 South Ste. 102-417, South Jordan, UT, 801-901-3161

Manage preferences



ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Oct-27  11:18:36
04CV-23-2996
C19WD06 : 18 Pages

# EXHIBIT K

**POLITICS • CORONAVIRUS**

# People Spent Thousands To Go On A Cruise With Glenn Beck. Now They Can't Get Their Money Back.

Customers and conservative media fans have spent months in limbo after a planned "Cruise Thru History" was scuttled by the coronavirus.



**Rosie Gray**
BuzzFeed News Reporter

Updated on June 27, 2020 at 8:56 pm
Posted on June 26, 2020 at 12:48 pm

   View 22 comments



*Zachary Ares | BuzzFeed News; Getty Images*

Last June, Jeff and Jennifer Welliver heard about a cruise around the Mediterranean to be hosted by conservative radio host Glenn Beck and featuring other right-wing luminaries like Bill O'Reilly. Jeff, 68, a retired pharmacist, and Jennifer, 66, had never been on a cruise before. But they're conservatives, and "this was Glenn Beck– and Bill O'Reilly–sponsored. And we thought it would be nice to be around like-minded people and not have to worry about political conversation or any innuendos."

"This was going to be our big fling," Jeff said. "And then it turned out to be a nightmare."

The Wellivers are among the roughly 2,000 people who registered for Beck's "Cruise

Case 5:23-cv-05225-TLB   Document 1-1   Filed 12/05/23   Page 62 of 100 PageID #: 72

Thru History" that was scheduled to take place this spring. The cruise was to stop in Italy, Croatia, Israel, and Greece, with tours along the way. "What better way could there be to let your family embrace the faith, culture and values that you cherish than to let them experience it for themselves in the places where it actually happened: Jerusalem, Athens or Venice?" reads the website for the cruise. Guests were to disembark from Venice on March 25, and the cruise would return on April 5. The ship, Costa Cruise Lines' *Costa Luminosa*, had space for 2,260 guests and "every creature comfort imaginable." The most basic cabins started at $5,395 with airfare and going up to $9,395 for a "Grand Suite." Guests could pay an extra $4,999 per person for the "Inner Circle" package with access to a cocktail hour with Beck and other hosts, exclusive onstage access to a show with Beck and O'Reilly, and "2 nights dining with Glenn Beck."

ADVERTISEMENT

But the cruise is now indefinitely postponed because of the coronavirus, and people who booked it say they've been unable to get their money back even while other cruise customers around the world have been refunded for virus-impeded trips. Multiple passengers told BuzzFeed News they have begged CruiseBuilder, the Utah-

based travel agency that handled the bookings, to give them information as far back as February, when the coronavirus outbreak in Italy was becoming severe and as cruise ships were in the news as major vectors of the virus. But they've struggled to get a clear answer on what was to become of the cruise. They've since been left in limbo as the company insists the cruise is not canceled, only postponed to sometime in late fall or next spring — and thus refunds aren't available. A Facebook Group set up by the company to discuss the cruise has become a hotbed of discontent as angry customers have demanded answers. And through it all, Beck has remained almost totally silent about the cruise apart from a short video message in March — until BuzzFeed News reached out to his spokesperson this week.

"My position is that anyone who wants a refund in these uncertain times should receive one, and I've strongly encouraged the cruise line, airlines, and the hotels to accommodate," Beck said in an emailed statement on Thursday. "I look forward to going on this Cruise Through History when the circumstances surrounding this global pandemic allow us to do so."

The Wellivers, who are from Montoursville, Pennsylvania, spent over $10,000 on their cruise; after weeks of haggling with anyone he could think of, including complaining to the Utah and Pennsylvania attorneys general, the Better Business Bureau, and CruiseBuilder, Jeff finally got the couple's credit card company to give them a temporary credit for the bulk of the expenses, though he said they are awaiting a final ruling. Others are in an even worse position; some couples spent $20,000 or more on the postponed trip.

Beth Wolak and her husband, Stephen, 67 and 70, from Willow Spring, North Carolina, had fully paid for their cruise by Nov. 30 last year. But when news of the coronavirus made them nervous about what was going to happen with the trip, Beth began emailing the travel agency.

Glenn Beck Cruise Customers Struggle To Get A Refund                                    7/16/23, 1:18 PM



**Trending Articles**

READ MORE

"We are booked on the Glenn Beck Cruise but are concerned about our safety from the Corona virus," the Wolaks wrote to CruiseBuilder customer support on Feb. 20. "What have you been instructed to tell customers? What is the time limit to cancel and get full refund if we decide to go that way? Please be honest."



Glenn Beck speaking at the Conservative Political Action Conference in National Harbor, Maryland, March 1, 2019.

*Mark Wilson | Getty Images*

A customer support representative replied, saying the company was "taking precautions" and that the trip was moving forward. "I understand your concern, and we are doing everything we can, your trip is important to us. In saying that, you are welcome to cancel but there would be no refund at this time."

Finally in March, the travel agency announced the trip would be rescheduled. But this wasn't going to work for the Wolaks; Beth needed back surgery, which she had in April and is still recovering from. On April 27, the Wolaks emailed CruiseBuilder again, asking for a refund. "That money was very hard to save but we were willing to spend on [the] trip of a lifetime but now we need it for medical issues."

CruiseBuilder again declined to issue a refund, saying that the money had already been spent on vendors for the cruise. "As of now, we are unable to issue any refunds simply because we have already used the money you paid to pay for everything in your cruise package," the customer support representative wrote.

The Wolaks have now hired a lawyer, who sent a letter to CruiseBuilder demanding their refund within 14 days on June 16.

Despite CruiseBuilder's insistence that the cruise has only been postponed, not canceled, the cruise line itself referred to the situation as a cancellation in an automated email to the Wellivers on March 11. "We write to inform you that due to the cancellation of your cruise, all related optional bookings made on MyCosta have also been canceled," Costa Cruise Lines wrote.

ADVERTISEMENT

In a comment responding to a customer seeking answers on the cruise Facebook Group last week, CruiseBuilder wrote that the company had not received its money back from the cruise line and that it was looking at two potential new dates for the

cruise, one in the last quarter of this year and one next spring.

In a statement Saturday evening, Cruisebuilder said the company is "evaluating ongoing transportation restrictions and pending port openings with the goal of setting a new departure date within the next two weeks."

The company said because the cruise was postponed and not canceled, guests booked on the cruise have not received refunds. "Refund options will be clarified once a date is set," according to the statement.

Scott Knutson, vice president of sales and marketing for Costa Cruises North America, said, "Obviously, the COVID-19 pandemic created new and unprecedented challenges that have continued to complicate our efforts to fix an alternative departure date. Cruisebuilder and Costa are working with the relevant authorities and ports to set a replacement date, and we anticipate making an announcement in the coming weeks relative to providing an identical package to the one guests originally purchased."

Beck's only public comments on the subject before this week came in a YouTube video shot selfie-style and uploaded on March 6. He sounded apologetic to the cruisers while telling them the trip was being postponed. "I really want to go see the Holy Land and have these experiences and have them with you when we're all relaxed and not freaking out about the coronavirus," he said. Beck has encouraged older Americans to go back to work on his radio show, saying in May, "I would rather have my children stay home and have all of us who are over 50 go in and keep this economy going and working. Even if we all get sick, I'd rather die than kill the country. Because it's not the economy that's dying, it's the country."

Beck in the March video thanked CruiseBuilder, which "have been remarkable partners for us" and promised that the cruise organizers would "get back to you next week with all of the details on when this is happening."

ADVERTISEMENT

O'Reilly did not reply to a request for comment about the trip.

CruiseBuilder is based in South Jordan, Utah, and was launched in 2017. According to a source familiar with the situation who spoke on the condition of anonymity, CruiseBuilder approached Beck to do the cruise. The source also said Beck hadn't yet received any compensation for the cruise.

In a phone call with BuzzFeed News, two CruiseBuilder executives, President Wes Cobos and Jason Burgess, vice president for marketing, confirmed they had been the ones to retain Beck and the other talent for the trip, and the company was now looking at a spring 2021 date.

"Overwhelmingly, the large majority of our guests are super excited about this trip," Burgess said. But, he added, "we totally understand that there are some who simply won't be able to make the new dates work" and that "options" would be provided to people in that category when the new dates are finalized. He said the "options" would include a refund. The pair said the future cruise would feature the same itinerary as

the original one.

Cobos and Burgess said the cruise had involved dealing with dozens of different vendors in various countries, and "very few of them have offered refunds." Cobos said some of the vendors had offered travel credits, but because the postponement had taken place within 20 days of the scheduled departure date, they weren't "contractually obligated to do anything." He blamed "multiple factors that are beyond our control" for the continuing uncertainty around the dates, adding, "patience is one thing we've asked of our customers."

When asked about Beck's statement that refunds should be offered to anyone who wants one, Cobos said, "We're an advocate for our customer. That's why we'll have options for them that they'll be able to be reimbursed if they're unable to make those new dates, and we'll continue to do that."

Asked if they felt certain that the rescheduled cruise would take place, Burgess said, "We're excited and looking ahead to 2021, and like the majority of our customers, they're excited, too. We're aware of those who are excited to go, and we're aware of those who have questions and are trying to address those and help those individually."

ADVERTISEMENT

The comments piling up on CruiseBuilder's Yelp page, the "Come Sail Away" page on Facebook built for the Beck cruise, the Facebook Group it's hosting for cruisers, and complaints to the Better Business Bureau indicate a different customer experience.

"Why do you refuse to issue a refund," wrote one angry customer, Chris D. Connell, on the "Come Sail Away" Facebook page.

"These people are criminals and are not to be trusted," wrote "Jon M." in a review on CruiseBuilder's Better Business Bureau page in February.

It's unclear how many people are demanding their money back, and there are indications that some interest in the trip continues; apart from the "Glenn Beck Cruise Thru History: Book Club" Facebook Group, which now features weekly complaints from disgruntled passengers, a separate group has sprung up "for only those who are going on Glenn's Cruise. If you have decided you can not go forward and commit to the new dates, please no angry/disrespectful commentary will be allowed. Comments will be deleted and you will be blocked from the page. We want to keep the excitement of the cruise to continue."

Even people who bought travel insurance have found that their policies don't cover this situation, since CruiseBuilder is continuing to say that the trip is not canceled, merely postponed.

Bess Foster and Jon Mabry, 52 and 49, who live just outside the Grand Canyon in Arizona, bought travel insurance through American Express after the news about the coronavirus in February raised doubts about the trip.

Like everyone else, the couple spent weeks in suspense about the status of the trip before learning it was being "rescheduled."

"It seems like they were very careful to never use the word 'canceled,'" Foster said. Foster compiled all the information they would need to file a claim through their travel insurance, but the claim was denied because the trip has not been officially canceled. Foster and Mabry spent $22,000 on their trip.

Nancy Lee Clark, a travel insurance agent who has two customers in this situation, said it was highly unusual that cruise companies would refuse to issue refunds in the current environment.

"It's extremely unusual right now," Clark said. "These are older Americans who are just being told, 'you're basically out of luck until we feel like doing this.'"

Kelly Stevenson, 39, an author of teen romance novels who lives in the Dallas area with her husband, said that going through CruiseBuilder had been the only way to book the trip. That fact has ended up preventing the couple from getting back the $13,000 they spent booking the trip; Stevenson spoke with Costa Cruise Lines and was told that although they had issued refunds to people on other cruises, they could not do so for people on Beck's cruise because they had booked through CruiseBuilder.

ADVERTISEMENT

Stevenson said her and her husband's experience with CruiseBuilder has been "awful." She said they have had to badger the company almost daily with phone calls and emails, only to be either ignored or told they won't be getting a refund — or in one case, she said, mocked for expressing reservations about going to Italy.

"The way we've been treated by this company, and the silence from Glenn Beck, has been beyond disappointing," Stevenson wrote. "When all the cruise lines (and airlines) are offering refunds and Glenn Beck is silent on the matter... it's downright disgusting."

Asked about the Stevensons' experience, CruiseBuilder's Burgess on Friday said, "This is concerning because it is not typical at all. As was mentioned yesterday, our goal is 100% customer satisfaction" and that the company would "look into the matter further."

Even if the cruise does take place in the fall, some who signed up are now wary of getting on a cruise at any point, like Jeff Welliver, who has preexisting conditions that make him especially vulnerable to the virus.

"It is almost laughable to listen to Glenn Beck on the radio right now knowing what I know now," he said. "His crusade for righteousness is the biggest hypocrisy I have ever encountered. He knows what the right thing is to do. It's just a matter of: Is he gonna sacrifice us rather than refund our money?"

---

## MORE ON CORONAVIRUS AND CRUISES



## Here's Why The Cruise Ship Quarantine Turned Into Such A Disaster



## Here's How Two Teens Are Dealing With Being Trapped On A Cruise Ship Quarantined For Coronavirus

---

## Topics in this article

People

---

**Rosie Gray**
BuzzFeed News Reporter

Contact Rosie Gray at rosie.gray@buzzfeed.com.

Got a confidential tip? 👉 Submit it here

VIEW 22 COMMENTS

**Here's What Gutter Guards Should Cost You In 2023**
The Actual Cost of Gutter Guards in 2023 May Surprise You

**LeafFilter Partner** | Sponsored

**2 Cards Charging 0% Interest Until Nearly 2025**
With no annual fee and no interest for 18 months, these cards are helping Americans pay off debt in record time.

**CompareCredit.com** | Sponsored

**Get Your Free CBD Today!**
Our goal is to empower you to achieve balanced health and wellness using carefully distilled, rigorously tested and quality-assured CBD products

**CBDistillery** | Sponsored

**Here's The Average Price Of Gutter Protection For Houses In US**
The Actual Cost May Surprise You

**LeafFilter Partner** | Sponsored

**Dermatologist: If You Have Toenail Fungal Infection Try This Tonight (It's Genius!)**

**Healthy Guru** | Sponsored

**If Your Dog Eats Dry Food (Most Dog Owners Don't Know This)**

**UltimateDogFoodGuide.com** | Sponsored

**Thousands of Men Wear These Shoes For Its First Class Comfort**
All day comfort for your feet. Unique high performance running shoe technology meets classic styling. Unlike any other shoes on the market today. Guys, Say Hello to Your New Favorite Casual Dress Shoe—...

**Wolf & Shepherd** | Sponsored

**Mayo Clinic Doctor Recommends CBD Gummies for Relaxation**
More than 2 million satisfied customers and 42,000 5-Star Reviews. CBDistillery is the best choice for

More than 2 million satisfied customers and 42,000 5-Star Reviews, CBDistillery is the best choice for trusted and effective CBD products. Order Today!

**CBDistillery** | Sponsored

---

**Cardiologists: Overweight? Do This Before Bed**

**Healthy Guru** | Sponsored

---

**These Savings Accounts Are Paying At An All Time High (12% Interest)**

**TopAnswersToday** | Sponsored

---

**Jonah Hill's Ex Sarah Brady Shares More Alleged Text Screenshots**

**BuzzFeed News**

---

**Khloé Kardashian Responds To Dream And Blac Chyna Backlash**

**BuzzFeed News**

---

## Sections

Arts & Entertainment

Books

Celebrity

Culture & Criticism

Health

Health

Internet Culture

Investigations

JPG

LGBTQ

Opinion

Politics

Tech

## Company

Support Us

BuzzFeed.com

Privacy Policy

User Agreement

US residents can opt out of "sales" of personal data.

Do not sell or share my personal information

## Follow Us

ⓕ Facebook

ⓣ Twitter

ⓘ Instagram

**BuzzFeed.News**

a **BuzzFeed** brand.

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Oct-27  11:18:36
04CV-23-2996
C19WD06 : 6 Pages

# EXHIBIT L



*Pricing*

HOME          ITINERARY          YOUR HOSTS          PORTS          THE SHIP          PRICING          FAQ          ABOUT US

### *Don't miss this life changing experience with Glenn Beck!*
### *Sailing Oct. 27 - Nov. 7, 2021*

(Flights depart either Oct. 25th or 26th returning home Nov. 8th or 9th)

This cruise will energize your **love of freedom**, **principles of faith**, and **strengthen your relationships**. You will become **empowered with knowledge** a **hand experience** seeing some of the **world's most important locations** and learning from recognized **experts, thought leaders, and tour guides** who w care of you.

It's time to share your **values and beliefs** because of the increasing attacks
on **freedom and conservative values**.





## RESERVE TODAY

**First Name ***

**Last Name ***

**Email ***

**Phone Number ***

**Flight Options (Choose Preferred) ***
- [ ] Milan (10/25/21-11/8/21) Venice
- [ ] Venice (10/26/21-11/9/21) Milan
- [ ] Milan (10/25/21-11/8/21) Milan
- [ ] Venice (10/26/21-11/9/21) Venice

**Departure Airport (Airfare from these cities included in pricing) ***

Select City:

**Cabin Type ***

Select Cabin:

**Access Package: (Described Below) ***
- ( ) Insider Package (FREE)
- ( ) VIP (+ $2,999 per person)
- ( ) Inner Circle (Waiting List Only)

Reserve Now

## CABIN TYPE & ALL-INCLUSIVE PRICING

**PRICES BELOW ARE PER PERSON BASED ON DOUBLE OCCUPANY & INCLUDE AIRFARE, HOTELS, TRANSPORTATION, CRUISE & TIPS**

### CABINS AVAILABLE
*LIMITED SPACE!*

| Cabin | Price |
|---|---|
| Classic  Interior | $5,395 |
| Premium Interior | $5,695 |
| Classic Oceanview | $5,795 |
| Premium Oceanview | $6,095 |
| Samsara Interior | ~~$6,195~~ |
| Classic Balcony | $6,695 |
| Premium Balcony | $6,895 |
| Mini - Suite | $7,295 |
| Samsara w/ Balcony | $7,395 |
| Suite | ~~$7,795~~ |
| Samsara Suite | ~~$8,395~~ |
| Panorama Suite | ~~$8,895~~ |
| Grand Suite | ~~$9,395~~ |

## PRICE INCLUDES AIRFARE

**ASK OUR AGENTS FOR SINGLE PRICING AND/OR FOR DISCOUNTED PRICING ON THIRD AND FOURTH PASSENGERS PER CABIN.**

**ALL CABINS/PACKAGES INCLUDE ROUNDTRIP INTERNATIONAL AIRFARE AND OVERSEAS TRANSFERS (ADDITIONAL BAGGAGE AND OTHER OPTION FEES MAY BE LEVIED BY THE AIRLINE)**

**ALL THREE ACCESS PACKAGES INCLUDE DAILY TOURS / EXCURSIONS IN ITALY & ISRAEL, ALL ACCOMODATIONS AND TRANSPORTATION AND A GROUP MEAL WHILE TOURING**







Insider access package comes standard with any cabin. VIP access package is available (for purchase) with any cabin type. Inner Circle access package is available (for purchase) for any Premium Balcony cabin or above. VIP is limited to 500 guests and Inner Circle is limited to 136 guests (now sold out).





# VIP

## Included

- Exclusive meet & greet cocktail with Glenn Beck, David Barton, Rabbi Lapin & other hosts
- Admission to Exclusive Glenn Beck and Bill O'Reilly on stage production show
- $200 Onboard credit per cabin (Based on double occupancy)
- 1 Premium Croatia Tour
- 1 free 500 MB Wi-Fi package
- Brindiamo Drink Package
- Selection of unlimited alcoholic and soft drinks by the glass to be enjoyed at any time of the day in the restaurant and buffet (lunch and dinner) or the bars.
- $100 Casino Credit
- Magic Bag Laundry & Ironing Services (25 articles of clothing)
- Preferred Seating at Glenn Beck Events
- Premium excursion in Athens
- Priority embarkation & disembarkation

### Not Included with VIP Add- ons Package:

- Transportation to and from departing airport included in package
- Airline fees such as excess baggage fees, seat upgrades, etc.
- Travel protection plans
- Shore Excursions in Corfu



## Inner Circle

## Included

* ✳ Exclusive meet & greet cocktail with Glenn Beck, David Barton, Rabbi Lapin & other hosts
* ✳ Admission to Exclusive Glenn Beck and Bill O'Reilly on stage production show
* ✳ $400 Onboard credit per cabin (Based on double occupancy)
* ✳ 1 Premium Croatia Tour
* ✳ 1 Free 3GB Wi-Fi package

## Bring your kids & grandkids for a legacy of learning...

Reserve Now

### Or

**C**all: 800-328-5967

©2021 CruiseBuilder. All rights reserved.

Terms and Conditions    |    Contact Us    |    800-328-5967

**IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS**
**19TH WEST CIRCUIT DIVISION 6**

GARRITTY V BLAZE MEDIA LLC ETAL

04CV-23-2996

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

 BILL OREILLY PRODUCTIONS INC
380 Lexington Ave.
31st Floor
New York, NY  10168

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip Daniel Holland
407 President Clinton Ave
Suite 201
Little Rock, AR  72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:


Address of Clerks Office

BRENDA DESHIELDS, CIRCUIT CLERK
CIRCUIT COURT OF BENTON COUNTY
102 NORTHEAST A STREET
BENTONVILLE, AR  72712

CLERK OF COURT

*Kelli Million*

KELLI MILLION, DC

Date: 10/27/2023

No. 04CV-23-2996 This summons is for   BILL OREILLY PRODUCTIONS INC (name of Defendant).

PROOF OF SERVICE

❑ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

❑ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❑ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❑ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❑ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❑ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❑ Other [specify]:
_____

❑ I was unable to execute service because:
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____        By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

**IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS**
**19TH WEST CIRCUIT DIVISION 6**

GARRITTY V BLAZE MEDIA LLC ETAL

04CV-23-2996

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

BILL  OREILLY
380 Lexington Ave.
31st Floor
New York, NY  10168

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip Daniel Holland
407 President Clinton Ave
Suite 201
Little Rock, AR  72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

Address of Clerks Office

BRENDA DESHIELDS, CIRCUIT CLERK
CIRCUIT COURT OF BENTON COUNTY
102 NORTHEAST A STREET
BENTONVILLE, AR  72712

CLERK OF COURT

*Kelli Million*

KELLI MILLION, DC

Date: 10/27/2023

No. 04CV-23-2996 This summons is for BILL  OREILLY (name of Defendant).

PROOF OF SERVICE

❑ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

❑ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❑ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❑ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❑ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❑ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❑ Other [specify]:
_____

❑ I was unable to execute service because:
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]


_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
[Signature of server]


_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____


_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

**IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS**
**19TH WEST CIRCUIT DIVISION 6**

GARRITTY V BLAZE MEDIA LLC ETAL

04CV-23-2996

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

 BLAZE MEDIA LLC
10601 Clarence Dr.
Suite 250
Frisco, TX  75033

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip Daniel Holland
407 President Clinton Ave
Suite 201
Little Rock, AR  72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

Address of Clerks Office

BRENDA DESHIELDS, CIRCUIT CLERK
CIRCUIT COURT OF BENTON COUNTY
102 NORTHEAST A STREET
BENTONVILLE, AR  72712

CLERK OF COURT

*Kelli Million*

KELLI MILLION, DC

Date: 10/27/2023

No. 04CV-23-2996 This summons is for   BLAZE MEDIA LLC (name of Defendant).

PROOF OF SERVICE

❑ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

❑ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❑ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❑ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❑ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❑ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❑ Other [specify]: _____

❑ I was unable to execute service because: _____ _____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]


_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
[Signature of server]


_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____


_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

**IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS**
**19TH WEST CIRCUIT DIVISION 6**

<u>GARRITTY V BLAZE MEDIA LLC ETAL</u>

04CV-23-2996

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

 CARNIVAL CORPORATION
1200 South Pine Island Rd.
Plantation, FL  33324

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip Daniel Holland
407 President Clinton Ave
Suite 201
Little Rock, AR  72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:


CLERK OF COURT

Address of Clerks Office

BRENDA DESHIELDS, CIRCUIT CLERK
CIRCUIT COURT OF BENTON COUNTY
102 NORTHEAST A STREET
BENTONVILLE, AR  72712

*Kelli Million*

KELLI MILLION, DC

Date: 10/27/2023

No. 04CV-23-2996 This summons is for   CARNIVAL CORPORATION (name of Defendant).


PROOF OF SERVICE


❑ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or


❑ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or


❑ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or


❑ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or


❑ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or


❑ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.


❑ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.


❑ Other [specify]:
_____


❑ I was unable to execute service because:
_____
_____


My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]


_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
[Signature of server]


_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____


_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

**IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS**
**19TH WEST CIRCUIT DIVISION 6**

<u>GARRITTY V BLAZE MEDIA LLC ETAL</u>

04CV-23-2996

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

  COSTA CRUISE LINES INC
880 SW 145 St.
Suite 201
Pembroke Pines, FL  33027

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip Daniel Holland
407 President Clinton Ave
Suite 201
Little Rock, AR  72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

Address of Clerks Office

BRENDA DESHIELDS, CIRCUIT CLERK
CIRCUIT COURT OF BENTON COUNTY
102 NORTHEAST A STREET
BENTONVILLE, AR  72712

CLERK OF COURT

*Kelli Million*

KELLI MILLION, DC

Date: 10/27/2023

No. 04CV-23-2996 This summons is for   COSTA CRUISE LINES INC (name of Defendant).


PROOF OF SERVICE


❑ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

❑ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❑ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❑ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❑ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❑ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❑ Other [specify]:
_____

❑ I was unable to execute service because:
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]


_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
[Signature of server]


_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____


_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

**IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS**
**19TH WEST CIRCUIT DIVISION 6**

GARRITTY V BLAZE MEDIA LLC ETAL

04CV-23-2996

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

GLENN  BECK
2224 King Fisher Dr.
Frisco, TX  76262

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip Daniel Holland
407 President Clinton Ave
Suite 201
Little Rock, AR  72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:


CLERK OF COURT

Address of Clerks Office

BRENDA DESHIELDS, CIRCUIT CLERK
CIRCUIT COURT OF BENTON COUNTY
102 NORTHEAST A STREET
BENTONVILLE, AR  72712

*Kelli Million*

KELLI MILLION, DC

Date: 10/27/2023

No. 04CV-23-2996 This summons is for GLENN  BECK (name of Defendant).

PROOF OF SERVICE

❑ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

❑ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❑ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❑ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❑ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❑ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❑ Other [specify]:
_____

❑ I was unable to execute service because:
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____            SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]


_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____        By: _____
[Signature of server]


_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____


_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____
_____