# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

| | |
|---|---|
| **ADRIAN "CHIP" GARRITTY, on behalf of himself and others similarly situated**<br><br>　　Plaintiff,<br><br>v.<br><br>**BLAZE MEDIA, L.L.C.,**<br>**GLENN BECK, INDIVIDUALLY,**<br>**BILL O'REILLY, INDIVIDUALLY,**<br>**BILL O'REILLY PRODUCTIONS, INC.,**<br>**CARNIVAL CORPORATION,**<br>**COSTA CRUISE LINES, INC.,**<br>**PROJECT NEPTUNE, LLC,**<br>**d/b/a CRUISEBUILDER,**<br>**d/b/a VACATIONBUILDER,**<br>**d/b/a LATTER DAY TRAVEL,**<br>**d/b/a JUNGLE REEF,**<br>**WES COBOS, INDIVIDUALLY**<br><br>　　Defendants. | Case No.: 5:23-cv-05225-TLB<br><br><u>CLASS ACTION</u> |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

COMES NOW the Plaintiff Adrian "Chip" Garritty, on behalf of himself and others similarly situated ("Plaintiff"), and moves unopposed for an extension of time to respond to Defendants' Motions to Dismiss, herein states:

1. On January 23, 2024, each Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint.

2. On January 24-25, 2024, Counsel for Plaintiff and each Defendant conferred regarding an amended deadline for Plaintiff to respond to each Defendant's Motion to Dismiss. Counsel for each Defendant represented they have no objection to an extended pleading deadline.

3. Plaintiff respectfully asks this Court to extend Plaintiff's deadline to respond to each Defendant's Motion to Dismiss to March 18, 2024. Defendants do not object to this date.

WHEREFORE, Plaintiff prays for an Order allowing him until March 18, 2024, to file responses to each Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

DATED: January 26, 2024               Respectfully submitted,

*/s/ Daniel Holland/*

---

Scott Poynter, AR Bar No. 90077
Daniel Holland, AR Bar No. 2019237
Clay Ellis, AR Bar No. 2023183
**POYNTER LAW GROUP**
4924 Kavanaugh Blvd.

Little Rock, AR 72207
scott@poynterlawgroup.com
daniel@poynterlawgroup.com
clay@poynterlawgroup.com
(501) 812-3943

Page **3** of **3**