IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ADRIAN "CHIP" GARRITTY, on Behalf of
Himself and Others Similarly Situated                                      PLAINTIFF

V.                                    CASE NO. 5:23-CV-5225

BLAZE MEDIA, LLC; GLENN BECK,
Individually; BILL O'REILLY, Individually;
CARNIVAL CORPORATION; COSTA
CRUISE LINES, INC.; PROJECT
NEPTUNE, LLC d/b/a CRUISEBUILDER
d/b/a VACATION BUILDER d/b/a
LATTER DAY TRAVEL d/b/a JUNGLE
REEF; and WES COBOS, Individually                                         DEFENDANTS

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 27th day of September, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE